UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

2003 DEC 22 P 3:54

Civ. Action No. 03-12589 GAO

U.S. DISTRICT COURT
DISTRICT OF MASS.

M²CONSULTING, INC.,            )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
MRO SOFTWARE, INC.,            )
                               )
            Defendant.         )
_____)

AMOUNT $150 + 50 pro hac = 52675
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK T.O.M
12-22-03

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff M2 Consulting, Inc., pursuant to Local Rule 85.5.3(b) for the United States District Court for the District of Massachusetts, hereby moves by its undersigned counsel for the admission Pro Hac Vice of John M. Teitler, Esq., of New York, NY, and in support relies upon Mr. Teitler's affidavit submitted herewith.

M2 Consulting, Inc.
By its Attorneys,

*/s/ Michael C. Fee*

Michael C. Fee, Esq. (BBO NO. 552796)
Fee, Craig & Feeney, P.C.
321 Boston Post Road
Sudbury, MA  01776
(978) 440-7000
(978) 440-7650 (fax)

mfaphv.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. Action No. _____

03 12589 GAO

M²CONSULTING, INC.,          )
                             )
            Plaintiff,       )
                             )
      - against -            )
                             )
MRO SOFTWARE, INC.,          )
                             )
            Defendant.       )
                             )

AFFIDAVIT OF JOHN M. TEITLER

I, John M. Teitler, Esq., hereby swear that based on my personal knowledge the following facts are true.

1. I am counsel to the Plaintiff in this action.

2. I am a member of the bar in the State of New York, and I am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19 day of December, 2003.

                                               *[signature]*
                                            JOHN M. TEITLER

*aff.doc*