# UNITED STATES DISTRICT COURT

Eastern                              District of     Massachusetts

M2 Consulting, Inc.

          V.                                                  **SUMMONS IN A CIVIL CASE**

MRO Software, Inc.                                       03 - 12589 GAO

                                                                       CASE NUMBER:

TO: (Name and address of Defendant)    MRO Software, Inc.
                                             100 Crosby Drive
                                             Bedford, MA 01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael C. Fee
Fee, Craig & Feeney, P.C.
321 Boston Post Road
Sudbury, MA 01776

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                            DEC 22 2003

CLERK                                                                          DATE



(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 26, 2004

I hereby certify and return that on 1/7/2004 at 9:55AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to BOB CLANCY, agent, person in charge at the time of service for MRO SOFTWARE, INC., at , 100 CROSBY Drive, BEDFORD, MA 01730. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($10.24) Total Charges $49.54

*[signature]*

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.