UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M2 CONSULTING, INC.<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MRO SOFTWARE, INC.<br><br>　　　　　　　　Defendant | C.A. No. 03-12589-GAO |

**LOCAL RULE 16.1 (D)(3) CERTIFICATION**

　　　　This is to certify that MRO software, Inc. and its his counsel have conferred:

　　　　a)　　　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses of this litigation; and

　　　　b)　　　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Kurt E. Bratten　　　　　　　　　　　　　　　　/s/ Craig Newfield
Lee T. Gesmer (BBO No. 190260)　　　　　　　Craig Newfield
Joseph J. Laferrera (BBO No. 564572)　　　　　Vice President and General Counsel
Kurt E. Bratten (BBO No. 644730)
Gesmer Updegrove, LLP
40 Broad Street
Boston, MA 02109
email: kurt.bratten@gesmer.com
(617) 350-6800

Dated: July 2, 2004