UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M²CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MRO SOFTWARE, INC., <br><br> Defendant. | C.A. No. 03-12589-GAO |

## CERTIFICIATION PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned counsel for Plaintiff, M2Consulting, Inc., and authorized representative of Plaintiff hereby certify that they have complied with Local Rule 16.1(d)(3).

Counsel for Plaintiff

Authorized Representative of Plaintiff

_____
John M. Teitler
Teitler & Teitler
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

_____
Rick Bevington
Chief Executive Officer, M²Consulting, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M²CONSULTING, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MRO SOFTWARE, INC.,<br><br>　　　　　Defendant. | C.A. No. 03-12589-GAO |

## CERTIFICIATION PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned counsel for Plaintiff, M2Consulting, Inc., and authorized representative of Plaintiff hereby certify that they have complied with Local Rule 16.1(d)(3).

Counsel for Plaintiff　　　　　　　　　　　　Authorized Representative of Plaintiff

_____　　　　　　　　_____
John M. Teitler　　　　　　　　　　　　　　Rick Bevington
Teitler & Teitler　　　　　　　　　　　　　Chief Executive Officer, M²Consulting, Inc.
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400