# Mark Resnick

| | |
|---|---|
| **From:** | kurt.bratten@gesmer.com |
| **Sent:** | Monday, December 20, 2004 4:27 PM |
| **To:** | mresnick@feelaw.com |
| **Subject:** | re: M2/MRO litigation |

Mark,

I am writing in regard to our telephone call scheduled for tomorrow morning for the purpose of discussing deposition scheduling. MRO has decided that it will be necessary to take additional discovery concerning the new allegations set forth in M2's amended complaint. Therefore, MRO will be unable to schedule depositions at this time. If you would like to go forward with our call tomorrow for the purpose of discussing this matter further, I would be happy to do so, but we will not be able to schedule any depositions tomorrow. Please let me know your thoughts with regard to tomorrow's call. Thank you.

Kurt

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com

*******************************************
Electronic mail from Gesmer Updegrove LLP, 40 Broad Street, Boston, MA 02109. Voice: (617) 350-6800, Fax: (617) 350-6878.  This communication is intended only for the use of the individual or entity named as the addressee.  It may contain information which is privileged and/or confidential under applicable law.  If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify Christopher O'Sullivan at  (617) 350-6800 and notify the sender by electronic mail.  Please expunge this communication without making any copies.  Thank you for your cooperation.