

3/22/2005

- Home
- Overview
- Services
- Mantis<sup>SM</sup> - Application Hosting
- CMMS Implementation
- Maintenance Solutions Articles
- QuickStart<sup>SM</sup> for Maximo®
- Recent Customers
- Partners
- Contact Us / More Info
- Customized Demo
- CISV

# M²Consulting

M2 Consulting provides value-added services to facility owners and operators to ensure cost effective and high quality operations and maintenance functions. Services include maintenance strategy and process development; CMMS planning, selection and implementation; outsourcing opportunity evaluation, specification writing review and vendor evaluation. M2 Consulting, although begun in 1998, has become a leader in Facility Management Consulting and Application Hosting.

M2 Consulting also provides a leading EAM software in a hosted environment.









http://www.m2consulting.com/   3/22/2005