



**Facility Operations and Maintenance Solutions Management & Resources**

3/23/2005

Home

Overview

Services

Mantis<sup>SM</sup> - Application Hosting

CMMS Implementation

Maintenance Solutions Articles

QuickStart<sup>SM</sup> for Maximo®

Recent Customers

Partners

Contact Us / More Info

Customized Demo

CISV

# QuickStart℠ for Maximo®

M2 Consulting offers a quick, easy, and affordable turnkey implementation process for customers. QuickStart℠ will provide a working Scheduled and Unscheduled Maintenance Service Delivery capability in a matter of days. M2 Consulting combines unique customer information with data from its library, together with Maximo® application defaults to ensure an effective Work Management System. You receive the following services:

- Work Order Module Configuration
- Equipment Module Configuration
- Operating Locations
- Labor Module Configuration
- Resource Module Configuration
- Set-up Module Configuration

**Customer Provides:**
*Legacy System Database or*
1. Equipment Information with Locations
2. Operating Location Hierarchy
3. Labor/Technician Data

**M2 Consulting Provides:**
*Grooming & Conversion of Tables into Maximo® 5.x Format*
1. Populates Equipment Information
2. Populates Location Info for Buildings Hierarchy for Report Roll-up and Drill-down
3. Populates Labor Module
4. Job Plans and Frequency
5. Value Lists
6. Customized PM & CM Work Orders
7. Database for Customer Review
8. Database "Tuning"
9. Shadow Training Session (4 hours)
10. Maximo® Security Levels
11. User Registration