

*Facility Operations and Maintenance Solutions*

File No. 2004-0601

June 25, 2004

Ed Neilan
Brooks Range Contract Services, Inc.
1603 College Road
Fairbanks, AK 99709

RE: <u>Puerto Rico Federal Building and Courthouse in Hato Rey</u>

Ed,

$M^2$ Consulting, Inc. ($M^2$) is pleased to propose Mantis$^{SM}$ for Maximo® Application Hosting for your organization.

Application Hosting provides 35-50% lower Total Cost of Ownership (TCO) than traditional implementations, with greater availability and flexibility.

By deploying the "best of breed" Enterprise Asset Management Tool, Maximo®, a fully web architected product, in a centrally administered architecture, your facility can track preventive maintenance, generate and track work orders, record material usage, manage inventory and purchasing, **perform any Maximo® function**, while management can access all information in a secure and fully supported environment. After initial database builds and start-ups, the Application Hosting Services provided by $M^2$ Consulting will include:

- Users have a fully functional maintenance management and maintenance response capability
- Users unique database, customizations, and information is maintained in complete security
- Users have unlimited access to their password-protected systems with guaranteed 99.974% availability
- Limited local system administration requirements
- No local application and database administration requirements
- Remote "Shadow" Troubleshooting and Training
- Use of existing P.C. hardware – Windows Terminals or PDA's
- Unlimited connect time
- User support line (24/7/365)
- Data modifications
- Addition of modules or software upgrades
- Database back-ups

*43 Jefferson Parkway, Newnan, Georgia 30263-5813*
*Tel: 770-253-1183    Fax 770-253-6228    email: m2c@m2consulting.com*

Brooks Range Contract Services, Inc.                                    June 25, 2004

# SERVICES TO BE PROVIDED

I. **Implementation Services – QuickStart™**

1. Receive all required data from Customer in electronic format
2. Notify Customer of any additional data required for performing the job in a timely fashion
3. Develop a hierarchical strategy to include all potential locations for future expansion (if desired)
4. $M^2$ will post results of the transferred data and provide access to data over the Internet for review
5. Customer will be given access to review, test, and evaluate the new conditions of the data
6. Customer will provide commentary and input
7. Determine "Go Live" date
8. Receive and enter names and passwords from Customer for all named users
9. Perform Training *
10. "Go Live"

II. **Hosting Services**

1. Frontline Technical Support (6 AM-9 PM ET)  2 hour guaranteed response after hours
2. Software Upgrades
3. Database Back-ups
4. Computing Infrastructure (with 99.974% guaranteed availability)
5. Unlimited Connect Time
6. Minor Database Modifications
7. Named User Administration and Maintenance

Brooks Range Contract Services, Inc.                                June 25, 2004

## Deliverable Summary

Mantis[SM] for Maximo® will be fully populated with the customer-provided data allowing total utilization of the system for Maintenance Management.

**Fees:**

**One-time Implementation Fees:  QuickStart[TM]**

Data Transition and Set-up (customer provides data in electronic format) or
on spreadsheets provided by M² .................................................................. $4,000
   Includes 5 reports (1 work order; 4 other reports as directed by customer)

User Group Security Set-up, Administration & Maintenance ................... $100 each


**Monthly Fee Structure for Named Users Hosted on Mantis[SM] for Maximo®:**

Dedicated Users Monthly Fee (1 users at $250/user) .................................. $250
   Uses more than 2 hours per day

Executive Users Monthly Fee (1 users at $75/user) ...................................... $75
   Uses less than 8 hours per month

Brooks Range Contract Services, Inc.                                                June 25, 2004

## OPTIONAL MONTHLY SERVICES

### Handheld PDA Availability

SMART for Maximo® from Syclo.................................................. $100 per month per device
(Windows CE Operating System)

RIM for Maximo® from Syclo .......................................................................... Call for Quote
(Blackberry)

Nextel WAP Phone Interface ........................................................................... Call for Quote

### Integration Services

Mantis<sup>SM</sup> for Maximo® can link to ERP software, on-line purchasing networks or other disparate software applications in real-time or through batch routines..................................... Call for Quote

Brooks Range Contract Services, Inc.                                June 25, 2004

# OPTIONAL CONSULTING SERVICE

### Option 1

Additional reports can be created
COST (Depending on Complexity) ............................................................ $150 to $850/ea

### Option 2

Additional "Shadow" Training provided
COST ........................................................................................................ $150/hr

### Option 3

Develop Desktop Procedures for each user group
COST ........................................................................................................ $3,000/ea

### Option 4

Deploy additional Maximo® features
COST ........................................................................ Fixed Price per Agreed-upon Scope

### Option 5

Onsite Consultant
COST ........................................................................................................ $1800/day
                                                                                        (plus expense)

### Option 6

Integration of Maximo® database with another database
COST ........................................................................ Fixed Price per Agreed-upon Scope

Brooks Range Contract Services, Inc.                                June 25, 2004

$M^2$ will substantially reduce your Total Cost of Ownership (TOC) by utilizing the Application-Hosting model.

$M^2$ is the only third-party Application Service Provider that is certified by MRO Software to provide Maximo® in a Hosted Environment. $M^2$ provides all front-line support and offers the only turnkey, fully functional Maximo® System in a Hosted Environment.

We are happy to provide Maximo® hosted by $M^2$ Consulting in our fully secure and 99.974% available environment, co-located at an AT&T Enterprise Network Services Data Center.

Regards,

$M^2$ CONSULTING, INC.


Jeff Foley
Vice President/CTO

/ivm

June 25, 2004

Brooks Range Contract Services, Inc.

**General Terms:**

Recurring fees will be billed monthly in advance. Fees are payable Net 30 days.

Minimum length of contract is twelve (12) months. Following minimum term of agreement, contract continues with no specified termination date until it is terminated in writing at least 30 days in advance of proposed termination date. Termination date will be on the last day of a specified month. Notice of intent to terminate contract will be delivered registered mail via USPS. Remaining balance of anticipated fees is due upon early termination of contract. Either party may terminate contract pending a written 30-day notice.

Customer retains all rights to the collected data. $M^2$ will provide a copy of the customer's data via CD-ROM upon termination of services.

This proposal is good for 30 days from date of issue.

Authorized representatives of Customer and $M^2$ have read the foregoing and all documents incorporated therein and accept such terms to be effective as the date below.

| **Customer** | **$M^2$ Consulting, Inc.** |
|---|---|
| Signature:_____ | Signature:_____ |
| Print Name:_____ | Print Name:_____ |
| Title:_____ | Title:_____ |
| Date:_____ | Date:_____ |

**THIS PROPOSAL IS STRICTLY CONFIDENTIAL**

$M^2$ Consulting believes that the contents of this document are valuable and could damage its business if revealed to its competitors. Accordingly, all pages of this proposal have been submitted in confidence. The data presented thereon contains trade secrets and/or privileged or confidential information. Such data shall be used only for evaluation purposes. However, if a contract is awarded to because of, or in connection with, the submission of this document, the customer shall have the right to use or disclose the data contained herein to the extent provided in the agreement.