

**Attorneys at Law**

Kurt Bratten
kurt.bratten@gesmer.com

January 20, 2005

VIA FACSIMILE (508) 749-6031
AND FIRST CLASS MAIL

Mark Resnick, Esq.
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776

Re:  *M2 Consulting, Inc. v. MRO Software, Inc.*
     U.S. District Court C.A. No. 03-12589-GAO

Dear Mark:

I write to you concerning M2 Consulting, Inc.'s ("M2") document production. Specifically, I request that M2 supplement its document production with respect to MRO Software, Inc.'s ("MRO") Document Request Number 38 which seeks "All sales proposals for M2's hosting service." M2 has provided responsive documents in the form of sales proposals up to August 2004. However, M2 has failed to produce proposals from August 2004 to present as required by Fed. R. Civ. P. 26(e). M2 must provide supplemental documents responsive to Request Number 38 from August 2004 to present. Please respond and indicate when I can expect to receive these documents.

Although this letter directly references only one of MRO's Document Requests, M2 is under a continuing obligation to supplement its document production where appropriate. MRO expects that M2 will satisfy its responsibilities in this regard.

Thank you.

Very truly yours,

Kurt Bratten

40 Broad Street, Boston, MA  02109  ◆  Tel: 617.350.6800  ◆  Fax: 617.350.6878  ◆  www.gesmer.com