**Unknown**

**From:** Steve Platt
**Sent:** Tuesday, December 16, 2003 6:29 AM
**To:** 'Mike Falzone'
**Cc:** 'dfifer@hunrhpo.hyatt.com'; 'TRiegelm@CORPHQ.hyatt.com'
**Subject:** RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Mike,

Thanks for getting back to me so quickly; sorry I did not do the same. I will mark my calendar to contact you the week of January 12th.

In the mean time, if you have any questions, please let me know. I will continue to work with the hotel directly and we will extend the "pilot" to the end of January to line up with your schedule.

Hope all goes well with the opening,

Steve Platt
M2 Consulting
(770) 253-1183 Ext. 6211

-----Original Message-----
From: Mike Falzone [mailto:mfalzone@corphq.hyatt.com]
Sent: Friday, December 12, 2003 9:56 AM
To: Steve Platt
Subject: Re: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resortand Spa

Thanks Steve for the email and yes I have been traveling a lot I hear good things from the hotel But I'm opening a hotel in Montreal . Please call me Jan. the week of Jan. 12 thank you .....mike

>>> "Steve Platt" <Steve.Platt@m2consulting.com> 12/12/03 08:44AM >>>
Mike,

I have tried to reach you several times via phone, but have been unable to catch up with you at your office. Therefore, I thought that e-mail might be a better medium to pass along information pertaining to a project that I have been working on for The Hyatt Regency Huntington Beach Resort and Spa. I have been working with David Fifer and Peter Sithi on a CMMS "pilot" installation (MAXIMO). Over the last few months, they have made immense progress with this "best of breed" Enterprise Asset Management Tool which we host over the Internet and I am very excited about the results that they have attained.

In keeping with the "pilot's" timetable (ending 12/31/2003), I would welcome the opportunity to get together with you to familiarize you with what they have done with the system and to discuss how your corporation might utilize our company and this tool to meet your facility maintenance needs. We can accomplish this overview either remotely by utilizing our "shadowing" tools, or if you feel it would be beneficial; I can make a trip up to your corporate offices.

I thought you might also like to review the system on your own and at your convenience. With this in mind, I have created a login to their database for you so that you might access the system to review the work we have done to date. You may access the application under the User Name of "MFALZONE" with a password of "hyattcorp1" at the following address:

http://maximo.m2mantis.com/hyatt

Please let me know of your interest and what works best with your schedule. If you feel a meeting at your offices is viable, please advise of a date and time that works best for you.

1

Thanks,
Steve Platt
Vice President
Application Hosting Operations
M2 Consulting
www.m2mantis.com
(770) 253-1183 Ext. 6211

The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.

**Unknown**

**From:** Rick Bevington
**Sent:** Friday, January 30, 2004 11:06 AM
**To:** 'steve.hamilton@syclo.com'
**Cc:** Steve Platt; Jeff Foley
**Subject:** RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Hi Steve, thanks and I agree on the 15th being the end. We think they are going to agree on Tuesday to start paying for Huntington Beach retro-active to January 1.

This has always been proposed as a "subscription" sale. No equity in the software. It is also a Hosted opportunity only.
We still have our Maximo license and various agreements in effect with MRO. Unfortunately, we have not yet resolved the MRO as "sales channel" issue. We sure hope to.

Call me if you need to. I will be in Chicago if you want to get together Tuesday, but will NOT be at the meeting. ( I can explain if we talk)

Thanks again for your support.

Regards
Rick

-----Original Message-----
From: Steve Hamilton [mailto:steve.hamilton@syclo.com]
Sent: Friday, January 30, 2004 9:52 AM
To: Rick Bevington
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

I'll give them an extention to the 15th, but really don't see any rationale to extend beyond that--- Will this be a hosted deal with you owning the licenses? not Hyatt?? That would be the only way we can sell direct. Otherwise we will have to engage MRO if Hyatt is to buy direct. Assume you will still have the Maximo license title? Did you ever get anything done with MRO on reselling?? or is that dead?

Steve


-----Original Message-----
From: Rick Bevington [mailto:Rick.Bevington@m2consulting.com]
Sent: Thursday, January 29, 2004 2:27 PM
To: steve.hamilton@syclo.com; Steve Platt
Cc: Jeff Foley
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Thanks for your support Steve. We will be presenting a price proposal for Huntington Beach in Chicago, retroactive to 1/1/04, per our discussions with Tom. The meeting is 2/3/04 at 200 West Madison, Hyatt's HQ. Steve and Jeff will meet you in the Lobby at 3:30pm. There is no time between now and then to get a purchase order on Huntington Beach. The purpose of the meeting is to get a Hyatt buy-in for a corporate wide program, and to get a purchase proposed and agreed to for Huntington Beach. Please extend the licenses in order to bridge this gap. If we turn off Hyatt two days before the decision date, it will have all been for naught. Let me know if you agree.

Thanks and Happy New Year

Rick

-----Original Message-----
From: Steve Hamilton [mailto:steve.hamilton@syclo.com]
Sent: Thursday, January 29, 2004 3:10 PM

1

To: Steve Platt
Cc: Rick Bevington
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Steve/Rick

I can be available on the 3rd. Send me the address etc and perhaps we should meet a little earlier to co-ordinate discussions. I really don't think we should extend the licenses. Per Rick/myself's conversations with Tom, he wasn't even for extending thru 1/30 as we did. They have had plenty of time to evaluate and if they want it then it's time to buy. Perhaps a few days without using the product will accelerate the cycle.

STeve


-----Original Message-----
From: Steve Platt [mailto:Steve.Platt@m2consulting.com]
Sent: Thursday, January 29, 2004 11:34 AM
To: steve.hamilton@syclo.com
Cc: Rick Bevington
Subject: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa
Importance: High


Steve,

To bring you up to date on our progress, we now have a meeting scheduled with Tom Riegleman and Mike Falzone of the Hyatt Corporation for next Tuesday (2/3/2004) at 4:00 PM, at their offices in Chicago. We would like to include you in this meeting. Would you be available? At a minimum, we are looking to close the deal on the Huntington Beach property and discuss their options at the corporate level.

Secondary to the meeting, we would like to make sure that the handheld licenses remain active during this transition period. They are currently set to expire on 1/31/2004. Can we extend this date based on yours and Rick's previous discussions?

Please let me know about the licensing and if the meeting fits into your schedule.

Thanks,
Steve Platt
Vice President
Application Hosting Operations
M2 Consulting
(770) 253-1183 Ext. 6211

The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.

**Unknown**

**From:** Steve Platt
**Sent:** Thursday, February 12, 2004 4:02 PM
**To:** 'DAVID FIFER'
**Cc:** Mike Falzone; GUSTAVO MACIAS; PETER SITHI
**Subject:** RE: Cost Per Month for MantisSM for Maximo® Application Hosting

David,

Thanks for getting back to me so soon. I will get with Syclo to secure the appropriate license key for the handhelds.

-----Original Message-----
**From:** DAVID FIFER [mailto:dfifer@hunrhpo.hyatt.com]
**Sent:** Thursday, February 12, 2004 3:42 PM
**To:** Steve Platt
**Cc:** Mike Falzone; GUSTAVO MACIAS; PETER SITHI
**Subject:** Re: Cost Per Month for MantisSM for Maximo® Application Hosting

Steve,

The pricing seems appropriate. We will be expecting an invoice from you monthly for $1,350, beginning with January 2004. We will extend the testing for six months or through June 30, 2004. I will check with Mr. Falzone to see what (if any) contract we need to put in place.

Regards,

David W. Fifer
Director of Engineering
Hyatt Regency Huntington Beach Resort & Spa
21500 Pacific Coast Highway
Huntington Beach, CA 92648
Phone: 714-845-4607
Fax: 714-845-4635
E-mail: dfifer@hunrhpo.hyatt.com

Featured in Resorts & Great Hotels, click the link below:
http://rghonline.com/articles/hyatthuntbch.asp


>>> "Steve Platt" <Steve.Platt@m2consulting.com> 02/11/04 12:48PM >>>
David,

Per our conversation, please find listed below a breakdown of your monthly cost for MantisSM for Maximo® Application Hosting:

* Unlimited Desk Top Users (Maximo® Software)   $500/month
* Maximo® Mobile Suite(tm) from Syclo (Handheld Software)   $85/month/device - Ten (10)

3/2/2005

Devices   $850/month total

* Total Monthly Billing:   $1350

Since you are still going to be running the system under a "Pilot" program for now, I'll take on some additional costs for the handheld licenses with Syclo; which will drop the handheld rate from $100/device to $85/device.

Let me know if this is acceptable, and I will move forward to attain the licensing key from Syclo.

Thanks,
Steve Platt
Vice President
Application Hosting Operations
M2 Consulting
(770) 253-1183 Ext. 6211

The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.

3/2/2005

**Unknown**

| | |
|---|---|
| **From:** | Rick Bevington |
| **Sent:** | Friday, February 13, 2004 3:07 PM |
| **To:** | 'steve.hamilton@syclo.com' |
| **Cc:** | Charles Kalajian; Steve Platt |
| **Subject:** | RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa |

Thanks Steve. We just want to also be sure that we get the new keys before the old ones expire on 2/16 ( 11:59pm.)

-----Original Message-----
From: Steve Hamilton [mailto:steve.hamilton@syclo.com]
Sent: Friday, February 13, 2004 12:52 PM
To: Rick Bevington
Cc: Charles Kalajian
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Rick,

Sounds good, I'll have Charles get with Steve to tie up the Paperwork

Thanks, hope this turns into a large one for both of us!

Steve


-----Original Message-----
From: Rick Bevington [mailto:Rick.Bevington@m2consulting.com]
Sent: Friday, February 13, 2004 10:57 AM
To: Rick Bevington; steve.hamilton@syclo.com
Cc: Steve Platt; Jeff Foley
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Hi Steve, we have a go ahead from Hyatt to continue a "paid" pilot at Huntington Beach retroactive to 1/1/04. Their intent is to keep fine tuning this implementation for presentation at the North American Director's of Engineering meeting in May, to be held at the Hotel. It is our belief that we will begin contract negotiations with Hyatt subsequent to that meeting, to displace Servidyne's WinScore, at all of their properties. The Hotel is happy and we will continue to work with them to enhance the system's use and attractiveness as well as develop the Hyatt "standard" deployment.

We have priced the Handheld's at $100 per device per month. We have agreed to remit 60% to Syclo. Please let us know how we should handle this. We can issue a PO for the full amount for 6 mos.? Steve Platt will handle for us.

Can you let the appropriate person know to e-mail us Keys for this?(Ten (10) is the number.) Let's make the expiry go to 6/30/04 that it will coincide with our PO and the final decision . Even if by some chance Hyatt doesn't go all Hotels ( which I think is unlikely) Huntington will be on this system for a long time.

Thanks for your on-going support. This has been a haul for us and we appreciate you sticking with it. I look forward to the day when you wake up one morning and are the standard solution for over 100 Hyatt Hotels.
( They kept their last subscription vendor for 18 years!).

Thanks Steve. If you need to talk I'm here.

Have a great week end.

Rick

1

-----Original Message-----
From: Rick Bevington
Sent: Friday, January 30, 2004 11:06 AM
To: 'steve.hamilton@syclo.com'
Cc: Steve Platt; Jeff Foley
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Hi Steve, thanks and I agree on the 15th being the end. We think they are going to agree on Tuesday to start paying for Huntington Beach retro-active to January 1.

This has always been proposed as a "subscription" sale. No equity in the software. It is also a Hosted opportunity only.
We still have our Maximo license and various agreements in effect with MRO. Unfortunately, we have not yet resolved the MRO as "sales channel"
issue. We sure hope to.

Call me if you need to. I will be in Chicago if you want to get together Tuesday, but will NOT be at the meeting. ( I can explain if we talk)

Thanks again for your support.

Regards
Rick

-----Original Message-----
From: Steve Hamilton [mailto:steve.hamilton@syclo.com]
Sent: Friday, January 30, 2004 9:52 AM
To: Rick Bevington
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

I'll give them an extention to the 15th, but really don't see any rationale to extend beyond that--- Will this be a hosted deal with you owning the licenses? not Hyatt??
That
would be the only way we can sell direct. Otherwise we will have to engage MRO if Hyatt is to buy direct. Assume you will still have the Maximo license title? Did you ever get anything done with MRO on reselling??
or is
that dead?

Steve


-----Original Message-----
From: Rick Bevington [mailto:Rick.Bevington@m2consulting.com]
Sent: Thursday, January 29, 2004 2:27 PM
To: steve.hamilton@syclo.com; Steve Platt
Cc: Jeff Foley
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Thanks for your support Steve. We will be presenting a price proposal for Huntington Beach in Chicago, retroactive to 1/1/04, per our discussions with Tom. The meeting is 2/3/04 at 200 West Madison, Hyatt's HQ. Steve and Jeff will meet you in the Lobby at 3:30pm. There is no time between now and then to get a purchase order on Huntington Beach.
The purpose of the meeting is to get a Hyatt buy-in for a corporate wide program, and to get a purchase proposed and agreed to for Huntington Beach. Please extend the licenses in order to bridge this gap. If we turn off Hyatt two days before the decision date, it will have all been for naught. Let me know if you agree.

Thanks and Happy New Year

Rick

-----Original Message-----
From: Steve Hamilton [mailto:steve.hamilton@syclo.com]
Sent: Thursday, January 29, 2004 3:10 PM

2

To: Steve Platt
Cc: Rick Bevington
Subject: RE: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa

Steve/Rick

I can be available on the 3rd. Send me the address etc and perhaps we should meet a little earlier to co-ordinate discussions. I really don't think we should extend the licenses. Per Rick/myself's conversations with Tom, he wasn't even for extending thru 1/30 as we did. They have had plenty of time to evaluate and if they want it then it's time to buy. Perhaps a few days without using the product will accelerate the cycle.

STeve


-----Original Message-----
From: Steve Platt [mailto:Steve.Platt@m2consulting.com]
Sent: Thursday, January 29, 2004 11:34 AM
To: steve.hamilton@syclo.com
Cc: Rick Bevington
Subject: MAXIMO Pilot for The Hyatt Regency Huntington Beach Resort and Spa
Importance: High


Steve,

To bring you up to date on our progress, we now have a meeting scheduled with Tom Riegleman and Mike Falzone of the Hyatt Corporation for next Tuesday (2/3/2004) at 4:00 PM, at their offices in Chicago. We would like to include you in this meeting. Would you be available? At a minimum, we are looking to close the deal on the Huntington Beach property and discuss their options at the corporate level.

Secondary to the meeting, we would like to make sure that the handheld licenses remain active during this transition period. They are currently set to expire on 1/31/2004. Can we extend this date based on yours and Rick's previous discussions?

Please let me know about the licensing and if the meeting fits into your schedule.

Thanks,
Steve Platt
Vice President
Application Hosting Operations
M2 Consulting
(770) 253-1183 Ext. 6211

The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.

**Unknown**

**From:** Mark Schlossberg [mark.schlossberg@syclo.com]
**Sent:** Thursday, June 03, 2004 6:01 PM
**To:** Steve Platt
**Cc:** Charles Kalajian
**Subject:** RE: M2 Hyatt Regency Huntington Beach license

Steve,

Monthly invoicing is not a problem. We will invoice you for the $1,800 due for April, May and June, and then go monthly as of July.

As for the keys, we would prefer not to make them permanent as they are intended for a specific customer with a specific contract. What is the term of your contract with Hyatt. Perhaps we can have them co terminate with your contract.

Mark

-----Original Message-----
**From:** Steve Platt [mailto:Steve.Platt@m2consulting.com]
**Sent:** Thursday, June 03, 2004 9:57 AM
**To:** Brian Nelson
**Cc:** Charles Kalajian; Lorna Williams; Mark Schlossberg
**Subject:** RE: M2 Hyatt Regency Huntington Beach license

Brian, Charles, Lorna, and Mark,

The Hyatt Hotel Corporation has decided to extend their use of the system beyond the 6/30/2004 license expiration date. Great news! They were very impressed with what we have done so far with the system and are looking to involve more representatives from their organization. Once again, good news! Charles, as you and I have discuss before, hotels seem to make decisions a little slower than most clients; and we are also asking them to make changes for their entire corporation.

With that being said, can I get a new License Key? At this point, I am hoping that these ten seats would never expire (I hope their contract will continue for a long time as they implement additional properties), so is it possible to get a key that does not contain an expiration date. If not, can I get it to run at least until the end of the year?

Also, starting in July, can we reimburse you on a monthly basis for the licenses? That will fall more in the line with our monthly billing structure and make it easier on our bookkeeper. I can get with her to get you a new PO if this is acceptable.

Please advise.

Thanks,
Steve Platt
Vice President
Application Hosting Operations


3/4/2005

M2 Consulting
(770) 253-1183 Ext. 6211

*The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.*

-----Original Message-----
**From:** Brian Nelson [mailto:brian.nelson@syclo.com]
**Sent:** Friday, February 13, 2004 5:43 PM
**To:** Steve Platt
**Cc:** Charles Kalajian; Lorna Williams; Mark Schlossberg
**Subject:** M2 Hyatt Regency Huntington Beach license

Please see attached.

Brian Nelson
Business Development
Syclo, LLC
1250 S. Grove St., Suite 304
Barrington, IL 60010-5066
brian.nelson@syclo.com
(800) 567-9256 ext.125 or 847-713-9125
Fax 847-842-0321
http://www.syclo.com/smart/

<<...>>

3/4/2005

**From:** Steve Platt
**To:** 'pstrk@hunrtpo.hyatt.com'
**Cc:**
**Subject:** FW: Access to Hyatt Huntington Beach Resort and Spa's Mantis for MAXIMO Database

**Sent:** Wed 7/7/2004 2:20 PM

Here is the e-mail I sent out on Tuesday.

-----Original Message-----
**From:** Steve Platt
**Sent:** Tuesday, July 06, 2004 12:33 PM
**To:** 'hromero@sanrspo.com'
**Cc:** 'dfifer@hunrtpo.hyatt.com'; 'mfalzone@corphq.hyatt.com'
**Subject:** Access to Hyatt Huntington Beach Resort and Spa's Mantis for MAXIMO Database

Robert,

My name is Stephen Platt with M2 Consulting, and per David Fifer's request, I have added you as a User to his CMMS database that we have been developing on our Mantis for MAXIMO system. You may access the login screen at the following web address:

http://hyatt.m2mantis.com/maximo/jsp/common/system/login.jsp

Your User Name is "RROMERO" and your password has initially been set to "password". Please feel free to change this at any time.

You may log in and explore the Application at your convenience, or, if you would like, I can schedule some time to go over the database with you (as well as MAXIMO as an Application) and show you what David and his team have done thus far at his property. I can be reached at the number below, or via e-mail.

If you have any questions, or if there is anything else I can do, please do not hesitate to ask.

Thanks,
Steve Platt
Vice President
Application Hosting Operations
M2 Consulting
(770) 253-1183 Ext. 6211

*The contents of this email transmission is confidential and proprietary and is intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents*