# Unknown

**From:** Rick Bevington
**Sent:** Thursday, April 29, 2004 10:32 AM
**To:** Steve Platt; Jeff Foley
**Subject:** FW: Data Collection for Fort Lauderdale..
**Importance:** High

This is a quickie put up for the GSA. Since Ed will follow-up( if he hasn't alraedy) who will have the lead?I also think it is a freebee

-----Original Message-----
**From:** Ed Neilan [mailto:neilane@bellsouth.net]
**Sent:** Wednesday, April 28, 2004 11:21 AM
**To:** Rick Bevington
**Cc:** Iris Martin
**Subject:** Data Collection for Fort Lauderdale..
**Importance:** High

Attached please find partially populated data collection sheet for Fort Lauderdale, Fl Federal Building & CTHSE.

I believe that this additional information may be of interest to you in this process...

Please call me at 502.310.1106 if you have any problems...

Federal Building & U.S. Courthouse
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

The temporary administrator for GSA should be:

Barbara Burdman (GSA Administrative Asst.)
Her e-mail address should be barbara.burdman@gsa.gov

Her password should be "shadow"

The will be two mechanics on our eventual payroll

Lead Mechanic/Supervisor, Kenneth "Kenny" Westphal

HVAC Mechanic, Michael "Mike" Shane Johnson

Both earn $18.31/hr, and the Contrcatual S/T Billing Rate is $24.60, O/T is $35.60, Emergency Call Back is $39.16,
Misc. Work is $27.06, and MR/A&S Rate is $46.60

I will also be faxing over a copy of this e-mail message, along with a copy of the current "Annual PM Schedule".

I am very optimistic about working very closely with you, TO DO THIS THE RIGHT WAY, and making you guys an
integral part of our corporations "base offer"

I can speak more freely later, but please retain this message as highly confidential as it contains sensitive pricing information about our current proposed price.

Lastly, I have included a brief excerpt from our proposal that is intended to point users or user in the right direction.

3/3/2005

SEE BELOW, and please customize so it works...
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## 1.1.1.1 Inventorying and Tracking Equipment, Equipment Maintenance History

Maintaining equipment in peak operating condition is critical to consistent and efficient facility operations. BRCS follows the steps below to inventory all equipment in a facility and establish a Preventive/Predictive Maintenance (PPM) schedule for each piece, thereby helping to ensure that equipment is kept in peak operating condition.

To ensure optimum performance and maximized data collection and reporting capability, BRCS will introduce GSA Building Management to Web-Hosted Maximo. This will be deliverd by M2 Consulting and BRCS as a basic component of our proposed maintenance management platform. This web-based and user friendly system can be accessed from any PC connected to the internet. To "jump start" the process of automating the work order system, BRCS has configured a site specific CMMS to handle Preventive Maintenance, Service Call Work, Repairs, and all Reporting of the same.

To access the CMMS specific to your building, get your PC connected to the internet and follow these simple steps;

1.
2.
3.
4.

The following summary presents a systematic approach to PM, Service Calls, Repairs, and Reporting.

The web-based demo of Maximo will cover the same topics...
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Thanks, and good luck to us! This could be really big for M2 & K'oyitl'ots'ina, Limited...   ed

If I have left any loose ends please advise...

3/3/2005

**Unknown**

**From:** Jeff Foley [jeff.foley@m2consulting.com]
**Sent:** Thursday, May 06, 2004 10:20 AM
**To:** Ed Neilan
**Subject:** RE: Data Collection for Fort Lauderdale..

hi ed we got the login path

http://gsar4.m2mantis.com/maximo

i will get you a user name and password shortly


Jeff Foley
Vice President & CTO
M2 Consulting, Inc.

Ph: (770) 253-1183
Fax: (770) 253-6228
Email: Jeff.foley@m2consulting.com
Web: http://www.m2mantis.com

The contents of this email transmission are confidential and proprietary and are intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.


-----Original Message-----
**From:** Ed Neilan [mailto:neilane@bellsouth.net]
**Sent:** Tuesday, May 04, 2004 12:47 PM
**To:** Jeff Foley
**Subject:** FW: Data Collection for Fort Lauderdale..
**Importance:** High

Jeff, here we go...  ern


**From:** Ed Neilan [mailto:neilane@bellsouth.net]
**Sent:** Wednesday, April 28, 2004 10:21 AM
**To:** Rick Bevington (rick.bevington@M2consulting.com)
**Cc:** Iris Martin
**Subject:** Data Collection for Fort Lauderdale..
**Importance:** High

Attached please find partially populated data collection sheet for Fort Lauderdale, Fl Federal Building & CTHSE.

I believe that this additional information may be of interest to you in this process...

Please call me at 502.310.1106 if you have any problems...

Federal Building & U.S. Courthouse
299 E. Broward Blvd.

3/3/2005

Fort Lauderdale, FL 33301

The temporary administrator for GSA should be:

Barbara Burdman (GSA Administrative Asst.)
Her e-mail address should be barbaraa.burdman@gsa.gov

Her password should be "shadow"

The will be two mechanics on our eventual payroll

Lead Mechanic/Supervisor, Kenneth "Kenny" Westphal

HVAC Mechanic, Michael "Mike" Shane Johnson

Both earn $18.31/hr, and the Contrcatual S/T Billing Rate is $24.60, O/T is $35.60, Emergency Call Back is $39.16,
Misc. Work is $27.06, and MR/A&S Rate is $46.60

I will also be faxing over a copy of this e-mail message, along with a copy of the current "Annual PM Schedule".

I am very optimistic about working very closely with you, TO DO THIS THE RIGHT WAY, and making you guys an
integral part of our corporations "base offer"

I can speak more freely later, but please retain this message as highly confidential as it contains sensitive pricing
information about our current proposed price.

Lastly, I have included a brief excerpt from our proposal that is intended to point users or user in the right direction.

SEE BELOW, and please customize so it works...
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## 1.1.1.1 Inventorying and Tracking Equipment, Equipment Maintenance History

Maintaining equipment in peak operating condition is critical to consistent and efficient facility operations. BRCS follows the steps below to inventory all equipment in a facility and establish a Preventive/Predictive Maintenance (PPM) schedule for each piece, thereby helping to ensure that equipment is kept in peak operating condition.

To ensure optimum performance and maximized data collection and reporting capability, BRCS will introduce GSA Building Management to Web-Hosted Maximo. This will be deliverd by M2 Consulting and BRCS as a basic component of our proposed maintenance management platform. This web-based and user friendly system can be accessed from any PC connected to the internet. To "jump start" the process of automating the work order system, BRCS has configured a site specific CMMS to handle Preventive Maintenance, Service Call Work, Repairs, and all Reporting of the same.

To access the CMMS specific to your building, get your PC connected to the internet and follow these simple steps;

1.

3/3/2005

2.
3.
4.

The following summary presents a systematic approach to PM, Service Calls, Repairs, and Reporting.

The web-based demo of Maximo will cover the same topics...
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Thanks, and good luck to us! This could be really big for M2 & K'oyitl'ots'ina, Limited... ed

If I have left any loose ends please advise...

3/3/2005

**Unknown**

**From:** Ed Neilan [neilane@bellsouth.net]
**Sent:** Wednesday, July 07, 2004 12:07 AM
**To:** 'Keith'; Bob Gottschalk
**Cc:** John Duhamel; cquinlan@gci.net
**Subject:** Maximo clarification...
**Importance:** High

I spoke with M2 Consulting late today and they clarified that the two proposed positions will have all the access and flexibility discussed and required by BRCS.

The on-site Administrative Support Person, or TDC, will be a "Dedicated User", and the selected GSA representative will be an "Executive User."

BRCS can filter, limit, or block any material that might be confusing or sensitive to GSA, and this information can be expanded or contracted for GSA at any time.

There is a one (1) time set-up fee of $100 for each user profiled on the system. In this case two (2).

The monthly fee for service is $325 for both users payable in advance, and the initial set-up will cost $4000, as soon as the system is on-line, operational, and the five (5) reports are configured.

The beauty of this configuration is that it can be easily expanded or exported to other locations as we grow.

Once we are up and running, no later than August 1, Keith may wish to add himself as an Executive User to keep an eye on things, print exception reports, or refine integrated QC...

The tube is the limit!

The above referenced fee structure can be seen on page three of the M2 proposal, and other available monthly services or consulting options are provided on pages 4 & 5.

These other options are provided for informational purposes only, and are not required for BRCS to achieve the desired goals.

I suggest we sign the attached proposal, forward a check to M2 for $525, and plan for success in Puerto Rico and beyond. The second payment would be for $4000 to set up system and reports.

Ed out...

3/3/2005

**Unknown**

**From:** EdNeilan [ed.neilan@koyitlotsina.com]
**Sent:** Monday, July 26, 2004 1:08 PM
**To:** 'Keith'
**Cc:** Jeff Foley
**Subject:** RE: PR

Keith, M2 WH Maximo will go live Wednesday... I will get you pertinent logon info... ern

---

**From:** Keith [mailto:keith_barker@brcs-inc.net]
**Sent:** Saturday, July 24, 2004 10:26 AM
**To:** Ed Neilan
**Subject:** PR

Ed,

How goes PR? Do you need anything else from me?

When will we be able to log on and see how they set up the Maximo program?

Thanks

3/3/2005