**Tab A**



**Diagram 1.** "Clean" version of Maximo 5.2. Single instance of the program, with no modifications or copying.



**Diagram 2.** Single instance of Maximo 5.2, with two sets of JSP files, modified for two different customers. Copying was necessary to create the second set of JSP files.



**Diagram 3.** Two instances of Maximo 5.2. Each customer uses a totally separate copy of the program. Copying was necessary to create the second instance of Maximo.