321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
*www.feelaw.com*

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*                                       MARK S. RESNICK *(mresnick@feelaw.com)*

March 29, 2005

*BY HAND*
The Honorable George A. O'Toole
John Joseph Moakley United States Courthouse
1 Courthouse Way – Suite 5730
Boston, MA
02210

Re: *M2 Consulting, Inc. v. MRO Software, Inc.*, United States District Court,
District of Massachusetts, Civil Action No. 03-12589-GAO

Dear Judge O'Toole,

I am counsel for the Plaintiff in the above captioned action. I have filed the enclosed Opposition and Affidavit today. On March 25th, the Defendants filed motions seeking emergency relief and provided copies directly to you. My client feels this emergency procedure to be unnecessary, and procedurally inappropriate, particularly since I have informed opposing counsel of my scheduling issues, which preclude responses to their papers within the extraordinary time frame they propose. In the interest of providing you with a complete set of papers, I am nevertheless delivering this courtesy copy of our filing to you directly.

Very truly yours,

Mark S. Resnick

Cc: Kurt Bratten, Esq. (by fax)