UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

FILED
IN CLERK'S OFFICE

2005 APR -6  A 11: 33

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| M²CONSULTING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 03-12589-GAO ) ) |
| MRO SOFTWARE, INC., | ) ) |
| Defendant. | ) ) |

ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff, M2 Consulting, Inc.

Mark S. Resnick, Esq. (BBO NO. 559885)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
(978) 440-7000

Counsel:

John M. Teitler
Teitler & Teitler
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 997-4400

April 6, 2005

B0358901v1

## CERTIFICATE OF SERVICE

I, Mark S. Resnick, hereby certify that a copy of this pleading was served upon the Defendants, by first class mail and by telecopier to Lee Gesmer, Esq., Gesmer Updegrove LLC, 40 Broad Street, Boston, MA 02109 on April 6, 2005,

_____