UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| M² CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MRO SOFTWARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 03-12589-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Plaintiff's Motion To Compel MRO to Produce Documents and all oppositions thereto have been heard and considered, it is hereby ORDERED and ADJUDGED as follows:

1. The Defendant, MRO Software, Inc. ("MRO") shall forthwith complete its search for non-privileged documents responsive to M2's document requests and produce any and all such documents to M2's counsel, subject any claims of privilege to be set forth on the appropriate privilege log, no later than April 30, 2005; MRO shall furthermore certify in writing to M2's counsel that this search for responsive material is complete;

2. No later than April 30, 2005, MRO shall permit and arrange for an M2 representative to inspect its e-mail servers or other components of its computer and Information Technology systems for electronic documents responsive to M2's document requests. The M2 representative shall be permitted to identify all such documents which are potentially responsive

        by file designation or hard copy, and MRO may, no later than May 15, 2005, either produce the designated materials to M2, or include specifically designated materials in its privilege log;

3.      MRO shall forthwith produce to M2 any documents withheld pursuant to a claim that they require an attorney's eyes only designation no later than April 30, 2005.

 

                                                                            _____, J.

Dated: