UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| M² CONSULTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-12589-GAO |
| ) | |
| MRO SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

### Notice of Unavailability of Counsel

Mark S. Resnick, Esq. and Michael C. Fee, Esq. counsel for the Plaintiff, M2 Consulting, Inc., in this action, will be out of state and will consequently be unavailable to attend hearings, or to otherwise address developments in this action during these absences, as follows: Attorney Resnick will be unavailable fro April 18 until May 2, 2005. Attorney Fee will be unavailable from April 14 until April 25, 2005. This notice is submitted to assist the court and counsel in the scheduling of hearings and deadlines.

M2 Consulting, Inc.
By its Attorneys
Fee, Rosse & Lanz, P.C.

By:_____
Michael C. Fee, Esq. (BBO NO. 552796)
Mark S. Resnick, Esq. (BBO NO. 559885)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
(978) 440-7000

Counsel:

John M. Teitler
Teitler & Teitler
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 997-4400

April 11, 2005

## CERTIFICATE OF SERVICE

I, Mark S. Resnick, hereby certify that on April 11, 2005, a copy of this pleading was served upon the Defendant, by telecopier and by first class mail, postage pre-paid, to Lee Gesmer, Esq., Gesmer Updegrove LLC, 40 Broad Street, Boston, MA 02109.

_____