UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| M² CONSULTING, INC., </br></br> Plaintiff, </br></br> v. </br></br> MRO SOFTWARE, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 03-12589-GAO </br> ) </br> ) </br> ) </br> ) </br> ) |

### M2 CONSULTING, INC'S
### MOTION TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.1(b)(4), Plaintiff, M2 Consulting, Inc. ("M2") hereby requests leave to file its Emergency Motion To Enjoin MRO's Misuse Of Information Produced In Discovery, For Default Judgment, Costs And Sanctions ("M2's Emergency Motion"), in excess of the 20 page limit.

As grounds for this request, M2 states its Emergency Motion involves important factual and legal issues, and multiple requests for relief under several legal theories. The few additional pages in its Emergency Motion are necessary to fully apprise the court of the relevant legal and factual issues and to permit a thorough adjudication of the issues associated with it.

WHEREFORE, M2 respectfully requests that this Motion be allowed.

        M2 Consulting, Inc.
        By its Attorneys
        Fee, Rosse & Lanz, P.C.

        By: _____
        Michael C. Fee, Esq. (BBO NO. 552796)
        Mark S. Resnick, Esq. (BBO NO. 559885)
        Fee, Rosse & Lanz, P.C.
        321 Boston Post Road
        Sudbury, MA 01776
        (978) 440-7000

Counsel:

John M. Teitler
Teitler & Teitler
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 997-4400

April 11, 2005

## CERTIFICATE OF SERVICE

I, Mark S. Resnick, hereby certify that on April 11, 2005, a copy of this pleading was served upon the Defendant, by telecopier and by mailing this opposition, first class mail, postage pre-paid, to Lee Gesmer, Esq., Gesmer Updegrove LLC, 40 Broad Street, Boston, MA 02109, on March 29, 2005.

_____