

*Attorneys at Law*

Kurt Bratten
*kurt.bratten@gesmer.com*

April 12, 2005

The Honorable George A. O'Toole
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 5730
Boston, MA 02210

       **Re:**    **M2 Consulting, Inc. v. MRO Software, Inc.,
               C. A. No. 03-12589-GAO**

Dear Judge O'Toole:

      I am counsel for the Defendant/Plaintiff-in-Counterclaim, MRO Software, Inc. ("MRO").

      On April 6, 2005, MRO filed an Objection (Docket No. 27) to a limited portion of Magistrate Judge Bowler's March 23, 2005 Order on MRO's Motion to Compel. At the time MRO filed its Objection, the transcript reflecting Magistrate Judge Bowler's ruling was not available. Since that time, MRO has obtained a transcript of the proceedings. For your convenience, please find enclosed an excerpt of the relevant portion of the transcript of the March 23, 2005 hearing and Order on MRO's Motion to Compel.

      Thank you.

                                    Very truly yours,

                                    Kurt Bratten

Enclosure