# mro software

make it all count

www.mro.com

100 Crosby Drive
Bedford, MA 01730
Direct: 781.280.2042
Fax:   781.280.2225

Craig Newfield
Vice President & General Counsel

*Via Facsimile & Federal Express*

April 20, 2005

M2 Consulting, Inc.
c/o Michael Fee, Esq.
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776

Re:   *M2 Consulting, Inc. v. MRO Software, Inc.*
      U.S. District Court C.A. No. 03-12589-GAO

Dear Mr. Fee:

I hereby certify that MRO Software, Inc. has conducted and completed its search for documents in response to M2 Consulting, Inc.'s First Request for Production and Inspection of Documents and Things in the above-referenced case.

Thank you.

Very truly yours,

Craig Newfield