

**Ted Williams/MRO**
05/30/2003 11:20 AM

To Bob.Parker@mro, Ray Miciek/MRO@MRO
cc Sharon.Dupre@mro.com
bcc
Subject Hosting.........IMPORTANT

You guys get the message.........we need to discuss today I hope. No whining........no history problems.....move on and sing the complany song. Chip has positioned it correctly and fairly. This is a good business solution and we should leverage it.

Perhaps this could be an added topic to the Pentagon call today??

Ted Williams
MRO Software, Inc.
Executive Vice President, Worldwide Sales
100 Crosby Drive
Bedford, MA. 01730

781-280-6534
fax: 781-280-2209

----- Forwarded by Ted Williams/MRO on 05/30/2003 11:10 AM -----

**Chip Drapeau**
05/30/2003 09:42 AM

To: ted.williams@mro.com, bob.parker@mro.com
cc: bill.sawyer@mro.com
Subject: Hosting

Let me echo Bill's comments so there is no misunderstanding.

I can see how some confusion may have developed given our spotty history with hosting. With that said, that's behind us now, we are ready, willing and able to support any size customer at our hosting center. If the message isn't out, let's get it out INSTANTLY. Any customer that wants hosting we are ready for them. (I'm sure there will be a hiccup or two along the way, but you get the picture). Additionally I expect us to become MORE PROACTIVE about our hosting cabilities in the months ahead...so it's here to stay.

I am told we have pricing, contracts, service support etc. all in place to handle this. If in reality you find holes in our business processes around this, identify 'em and fix 'em fast. (For the record we do almost a million dollars in "hosting" a quarter on OCS, so we aren't new kids on the block to this)

Please make sure this is communicated to Ray and his team...TODAY, and all of sales as soon as practical.

WE ARE IN THE HOSTING BUSINESS.

Bill/Ted,

I suggest a conference call with Bobby P, and Ray and John Kennedy for starters outlining our capabilities.

Thanks guys.

**Katie Doyle/MRO**
10/28/2004 11:41 AM

To Holly Jaaouani/MRO@MRO
cc
bcc
Subject M2 related

----- Forwarded by Katie Doyle/MRO on 10/28/2004 10:33 AM -----

**Bill Sawyer/MRO**
05/30/2003 10:49 AM

To Ted Williams/MRO@MRO
cc
Subject Re: Hosting......Questions

Yes, Katie is the point person. In fact below is an excerpt from an earlier mail message when Katie was working this exact account with Ed Hansen:

"Swiss Valley Fams (our most recent very hopeful prospect) is still a possibility until I hear otherwise from Ray. The sales rep on the account is no longer with us and I have a call into Ray to find out if the account has been reassigned."

Ray called me. I told him we would set up a call for next week.

Bill

Ted Williams

**Ted Williams**
05/30/03 11:30 AM

To: sawyer
cc:
Subject: Hosting......Questions

Bill....when I get asked for "how do we do this......and who do I talk to".......where do we direct them?....should Katie be the point person

Ted Williams
MRO Software, Inc.
Executive Vice President, Worldwide Sales
100 Crosby Drive
Bedford, MA. 01730

781-280-6534
fax: 781-280-2209

----- Forwarded by Ted Williams/MRO on 05/30/2003 11:14 AM -----

**Chip Drapeau**
05/30/2003 09:42 AM

To: ted.williams@mro.com, bob.parker@mro.com
cc: bill.sawyer@mro.com
Subject: Hosting

Let me echo Bill's comments so there is no misunderstanding.

I can see how some confusion may have developed given our spotty history with hosting. With that said, that's behind us now, we are ready, willing and able to support any size customer at our hosting center. If the message isn't out, let's get it out INSTANTLY. Any customer that wants hosting we are ready for them. (I'm sure there will be a hiccup or two along the way, but you get the picture). Additionally I expect us to become MORE PROACTIVE about our hosting cabilities in the months ahead...so it's here to stay.

I am told we have pricing, contracts, service support etc. all in place to handle this. If in reality you find holes in our business processes around this, identify 'em and fix 'em fast. (For the record we do almost a million dollars in "hosting" a quarter on OCS, so we aren't new kids on the block to this)

Please make sure this is communicated to Ray and his team...TODAY, and all of sales as soon as practical.

WE ARE IN THE HOSTING BUSINESS.

Bill/Ted,

I suggest a conference call with Bobby P, and Ray and John Kennedy for starters outlining our capabilities.

Thanks guys.


Bill Sawyer/MRO

> **Bill Sawyer/MRO**
> 05/30/2003 09:01 AM
>
> To  Ray Miciek/MRO@MRO
> cc  John Kennedy/MRO@MRO, Katie Doyle/MRO@MRO, Terry Saunders/MRO@MRO, Bob Parker/MRO@MRO, Rich Caplow/MRO@MRO
> Subject  Re: per our discussion

Ray, I am disappointed in your response.

We have in place all of the things that you mention below. We have come a long way since N-Star. We now have one real customer from Europe in production on our hosting center with a three year commitment. I was under the impression that sales had been informed that we were open for business, though we intentionally had decided not to make a major announcement. Katie has been a contact point on several opportunities with Ed Hansen.

Tell M2 to take a hike until we use up our capacity. I will ask Katie to set up a meeting when she gets back from vacation to get us all on the same page.

Bill


Ray Miciek

MRO 01735
CONFIDENTIAL

**Ray Miciek**
05/29/03 09:39 AM

To: Bill Sawyer/MRO@MRO
cc: John Kennedy/MRO@MRO, Katie Doyle/MRO@MRO
Subject: Re: per our discussion

The problem is that we feel that a small customer as a one off would not be the best prospect for this experiment. We already went through this with N-Star, our lone hosting customer. They got lost in the shuffle and eventually we moved them to M2. My feeling is that we should use this capacity for either a large customer that needs to host until they can buy or a current customer that needs to transition either more users/sites or maybe wants to move to 5.1 or has lost internal technical support. M2 was brought in because they understand what it takes to bring on a new smaller customer, will stick with them, can talk the benefits of hosting in a credible fashion, etc... In addition, we can turn this over to them and they run with it. Currently there is no process in place that we turn customers over to that will assist in the sales and implementation of the offering. For instance, even I convinced them to host...what would happen? How would we price? How would services be performed? What kind of contract would we have to use? What type of service levels do we guarantee? And that is just the administrative details. There is a place for this unused capacity, but until we really commit to hosting as a business, I am hesitant at moving new customers in that direction.

**Katie Doyle/MRO**
10/28/2004 11:43 AM

To Holly Jaaouani/MRO@MRO
cc
bcc
Subject M2 related

----- Forwarded by Katie Doyle/MRO on 10/28/2004 10:34 AM -----

**Bill Sawyer/MRO**
05/30/2003 09:13 AM

To Patti Foye/MRO@MRO, Rich Caplow/MRO@MRO
cc Ted Williams/MRO@MRO, Bob Parker/MRO@MRO
Subject Hosting

Patti, fyi. I explained this to Rich earlier.

I have had numerous discussions with Chip this week, and he has had with Bob D., over a small deal that our mid-tier guys seemed hell bent on doing with M2 rather than try out our hosting center.

We have had MAXIMO hosting meetings for the last 6 months or so, that at least I had thought had culminated in us advising the sales team that we were in a soft launch mode.

Maybe I missed a meeting, but clearly hosting of MAXIMO is important - more important than I would have thought - to both Bob and Chip. We will set up the meeting to discuss.

Bill

----- Forwarded by Bill Sawyer/MRO on 05/30/03 09:59 AM -----

**Chip Drapeau**
05/30/03 09:42 AM

To: ted.williams@mro.com, bob.parker@mro.com
cc: bill.sawyer@mro.com
Subject: Hosting

Let me echo Bill's comments so there is no misunderstanding.

I can see how some confusion may have developed given our spotty history with hosting. With that said, that's behind us now, we are ready, willing and able to support any size customer at our hosting center. If the message isn't out, let's get it out INSTANTLY. Any customer that wants hosting we are ready for them. (I'm sure there will be a hiccup or two along the way, but you get the picture). Additionally I expect us to become MORE PROACTIVE about our hosting cabilities in the months ahead...so it's here to stay.

I am told we have pricing, contracts, service support etc. all in place to handle this. If in reality you find holes in our business processes around this, identify 'em and fix 'em fast. (For the record we do almost a million dollars in "hosting" a quarter on OCS, so we aren't new kids on the block to this)

Please make sure this is communicated to Ray and his team...TODAY, and all of sales as soon as practical.

WE ARE IN THE HOSTING BUSINESS.

Bill/Ted,

I suggest a conference call with Bobby P, and Ray and John Kennedy for starters outlining our capabilities.

Thanks guys.

Bill Sawyer/MRO

**Bill Sawyer/MRO**
05/30/2003 09:01 AM

To Ray Miciek/MRO@MRO
cc John Kennedy/MRO@MRO, Katie Doyle/MRO@MRO, Terry Saunders/MRO@MRO, Bob Parker/MRO@MRO, Rich Caplow/MRO@MRO
Subject Re: per our discussion

Ray, I am disappointed in your response.

We have in place all of the things that you mention below. We have come a long way since N-Star. We now have one real customer from Europe in production on our hosting center with a three year commitment. I was under the impression that sales had been informed that we were open for business, though we intentionally had decided not to make a major announcement. Katie has been a contact point on several opportunities with Ed Hansen.

Tell M2 to take a hike until we use up our capacity. I will ask Katie to set up a meeting when she gets back from vacation to get us all on the same page.

Bill

Ray Miciek

**Ray Miciek**
05/29/03 09:39 AM

To: Bill Sawyer/MRO@MRO
cc: John Kennedy/MRO@MRO, Katie Doyle/MRO@MRO
Subject: Re: per our discussion

The problem is that we feel that a small customer as a one off would not be the best prospect for this experiment. We already went through this with N-Star, our lone hosting customer. They got lost in the shuffle and eventually we moved them to M2. My feeling is that we should use this capacity for either a large customer that needs to host until they can buy or a current customer that needs to transition either more users/sites or maybe wants to move to 5.1 or has lost internal technical support. M2 was brought in because they understand what it takes to bring on a new smaller customer, will stick with them, can talk the benefits of hosting in a credible fashion, etc... In addition, we can turn this over to them and they run with it. Currently there is no process in place that we turn customers over to that will assist in the sales and implementation of the offering. For instance, even I convinced them to host...what would happen? How would we price? How would services be performed? What kind of contract would we have to use? What type of service levels do we guarantee? And that is just the administrative details. There is a place for this unused capacity, but until we really commit to hosting as a business, I am hesitant at moving new

customers in that direction.

MRO 01739
CONFIDENTIAL