



Facility Operations and Maintenance Solutions
Management & Resources

4/14/2005

- Home
- **Overview**
- **Services**
- **Mantis**[SM] **- Application Hosting**
- **CMMS Implementation**
- **Maintenance Solutions Articles**
- **QuickStart**[SM] **for Maximo®**
- **Recent Customers**
- **Partners**
- **Contact Us / More Info**
- **Customized Demo**
- **CISV**

# M²Consulting

M2 Consulting provides value-added services to facility owners and operators to ensure cost effective and high quality operations and maintenance functions. Services include maintenance strategy and process development; CMMS planning, selection and implementation; outsourcing opportunity evaluation, specification writing review and vendor evaluation. M2 Consulting, although begun in 1998, has become a leader in Facility Management Consulting and Application Hosting.

M2 Consulting also provides a leading EAM software in a hosted environment.







