

Lee T. Gesmer
lee.gesmer@gesmer.com

*Attorneys at Law*

September 13, 2004

**BY FEDERAL EXPRESS**

Paul D. Getzels, Esq.
Teitler & Teitler
1114 Avenue of the Americas
New York, NY 10036

Re:   M2 Consulting, Inc. v. MRO Software, Inc., C. A. No. 03-12589-GAO

Dear Paul:

Please find enclosed for production to you MRO documents numbered 00001 to 01074.

I do have one "attorneys eyes only" document, and I expect that there will be some "tag-along" documents that will follow.

Very truly yours,

Lee T. Gesmer

LTG/aee