**Kurt Bratten**
11/24/2004 04:04 PM

To: mresnick@feelaw.com
cc:
Subject: re: MRO - proposed protective order

Mark,

Attached is the proposed protective order that we discussed earlier today. Please contact me if you would like to discuss it. This is very similar to the protective order already in place in this case. Thanks.

Kurt

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com

 - MRO - Revised Protective Order (396159_2).DOC