UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M2 CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MRO SOFTWARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-12589-GAO <br> ) <br> ) <br> ) <br> ) |

PLAINTIFF'S RESPONSES TO DEFENDANT'S SECOND SET OF
INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, M2 Consulting, Inc. ("M2") hereby responds to the First Set of Interrogatories propounded by the defendant, MRO Software, Inc. as follows.

Plaintiff objects to Interrogatory Numbers 1 – 19 of MRO Software, Inc.'s Second Set of Interrogatories, on the grounds that the Defendant has previously served M2 with 25 Interrogatories in this case, and Local Rule 26.1(c) does not permit it to serve more than that number absent leave of court. A response from M2 is therefore not required.


As to Objections:

M2 Consulting, Inc.
By its Attorneys
Fee, Rosse & Lanz, P.C.

By: _____
Mark S. Resnick, Esq. (BBO# 559885)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
(978) 440-7000


DATED: April 7, 2005

## CERTIFICATE OF SERVICE

I, Mark S. Resnick, Esq., hereby certify that I have on the 7th day of April, 2005, served, by fax and first class mail, a copy of the foregoing document upon:

Lee Gesmer, Esquire
Gesmer Updegrove LLP
40 Broad Street
Boston, MA  02109 - 4310

_____