UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| M² CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MRO SOFTWARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 03-12589-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Plaintiff's Limited Motion to Quash and Protective Order Regarding Portions of Rule 30(b)(6) deposition notice to M2 Consulting, Inc. and all oppositions thereto have been heard and considered, it is hereby ORDERED and ADJUDGED as follows:

(1) The Plaintiff, M2 Consulting, Inc. ("M2") is not required to provide testimony to the Defendant regarding the configuration of its Information Technology and Computer Systems prior to the resolution of M2's pending Motion for Sanctions by this Court. Following the resolution of that Motion, the parties shall evaluate the precise parameters of the information sought by the Defendant, and either cooperatively agree and conduct the deposition, or apply to this Court for a modification of this order

_____
, J.

Dated: