

**Attorneys at Law**

Kurt Bratten
*kurt.bratten@gesmer.com*

June 22, 2005

The Honorable Marianne B. Bowler
United States District Court
 for the District of Massachusetts
U.S. Courthouse, 1 Courthouse Way
Boston, Massachusetts 02210

    Re:    *M2 Consulting, Inc. v. MRO Software, Inc.*
               U.S. District Court C.A. No. 03-12589-GAO

Dear Magistrate Judge Bowler:

    On behalf of my client, MRO Software, Inc. respectfully withdraws its Emergency Motion For Expedited Discovery Into Issues Related to Copyright Infringement [Docket Entry No. 21] (the "Motion"), without prejudice to its right to renew this Motion at a later date. On June 7, 2005, the Court scheduled a hearing on this Motion for June 29, 2005 at 10:30 AM. Based on the withdrawal of this Motion, it appears that the June 29, 2005 hearing is no longer necessary and may be cancelled.

    Thank you.

                                         Very truly yours,

                                         Kurt Bratten

40 Broad Street, Boston, MA 02109 ♦ Tel: 617.350.6800 ♦ Fax: 617.350.6878 ♦ www.gesmer.com