**Mark Resnick**

From: kurt.bratten@gesmer.com
Sent: Monday, June 06, 2005 1:03 PM
To: resnicklaw@comcast.net
Subject: Re: Location of Depositions

Mark,

Below is the list of M2 witnesses we would like to depose, in the order in which we would like the depositions to occur. If the order of the depositions becomes an issue, please let me know and we will try to make an accommodation.

1.   Steve Platt
2.   Tony Prelec
3.   Tom Shulte
4.   Dave Bigler
5.   Thayer Stewart
6.   Jeff Foley
7.   Rick Bevington

Please note that I previously sent you this list in my letter of June 2nd and MRO would like to get these depositions scheduled promptly, so please get back to me with witness availability and the location where each deposition will occur.

Kurt

Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com


"Mark Resnick"
&lt;resnicklaw@comcast.net&gt;            To:    "Kurt. Bratten" &lt;kurt.bratten@gesmer.com&gt;
06/06/2005 12:42 PM                    cc:
Please respond                         Subject: Location of Depositions
to resnicklaw


Kurt,
  The location will depend on who you want. Please give me a list as soon
  as you can.

M

Mark S. Resnick, Esq.

1

This message has been scanned for viruses and dangerous content by Thing2 running MailScanner, Sophos AV, and SpamAssassin.

Please use caution opening attachments delivered by e-mail and notify the HelpDesk if you have questions or concerns about attachments you receive.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Electronic mail from Gesmer Updegrove LLP, 40 Broad Street, Boston, MA 02109. Voice: (617) 350-6800, Fax: (617) 350-6878. This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Christopher O'Sullivan at (617) 350-6800 and notify the sender by electronic mail. Please expunge this communication without making any copies. Thank you for your cooperation.

**Mark Resnick**
---

**From:** kurt.bratten@gesmer.com
**Sent:** Monday, June 06, 2005 2:40 PM
**To:** resnicklaw@comcast.net
**Subject:** Re: Location of Depositions


Yes.

Kurt E. Bratten, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com


| | | | |
|---|---|---|---|
| | "Mark Resnick" <resnicklaw@comcast.net> | To: | "Kurt. Bratten" <kurt.bratten@gesmer.com> |
| | 06/06/2005 02:05 PM | cc: | |
| | Please respond to resnicklaw | Subject: | Re: Location of Depositions |


You want Foley again? Personally?
-----Original Message-----
From: kurt.bratten@gesmer.com
Date: Mon, 6 Jun 2005 13:03:03
To:resnicklaw@comcast.net
Subject: Re: Location of Depositions

Mark,

Below is the list of M2 witnesses we would like to depose, in the order in which we would like the depositions to occur. If the order of the depositions becomes an issue, please let me know and we will try to make an accommodation.

1.   Steve Platt
2.   Tony Prelec
3.   Tom Shulte
4.   Dave Bigler
5.   Thayer Stewart
6.   Jeff Foley
7.   Rick Bevington

Please note that I previously sent you this list in my letter of June 2nd and MRO would like to get these depositions scheduled promptly, so please get back to me with witness availability and the location where each deposition will occur.

Kurt

1

```
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com
```

```
                        "Mark Resnick"
                        <resnicklaw@comc        To:     "Kurt. Bratten"
                        <kurt.bratten@gesmer.com>
                        ast.net>                cc:
                                                Subject: Location of
                        Depositions
                        06/06/2005 12:42
                        PM
                        Please respond
                        to resnicklaw
```

Kurt,
  The location will depend on who you want. Please give me a list as soon
  as you can.

M

Mark S. Resnick, Esq.

---

This message has been scanned for viruses and dangerous content by Thing2 running
MailScanner, Sophos AV, and SpamAssassin.

Please use caution opening attachments delivered by e-mail and notify the HelpDesk if you
have questions or concerns about attachments you receive.

******************************************
Electronic mail from Gesmer Updegrove LLP, 40 Broad Street, Boston, MA 02109. Voice: (617)
350-6800, Fax: (617) 350-6878.  This communication is intended only for the use of the
individual or entity named as the addressee.  It may contain information which is
privileged and/or confidential under applicable law.  If you are not the intended
recipient or such recipient's employee or agent, you are hereby notified that any
dissemination, copy or disclosure of this communication is strictly prohibited.  If you
have received this communication in error, please immediately notify Christopher
O'Sullivan at  (617) 350-6800 and notify the sender by electronic mail.  Please expunge
this communication without making any copies.  Thank you for your cooperation.

Mark S. Resnick, Esq.