## Mark Resnick

**From:** kurt.bratten@gesmer.com
**Sent:** Wednesday, June 08, 2005 9:42 AM
**To:** resnicklaw@comcast.net; mresnick@feelaw.com
**Subject:** re: Ted Williams deposition

Mark,

Ted Williams is available on June 22nd, one of the dates you said you were available. Please confirm this date for his deposition. Thanks.

Kurt E. Bratten, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
tel: (617) 350-6800
fax: (617) 350-6878
kurt.bratten@gesmer.com
http://www.gesmer.com


*******************************************

Electronic mail from Gesmer Updegrove LLP, 40 Broad Street, Boston, MA 02109. Voice: (617) 350-6800, Fax: (617) 350-6878. This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Christopher O'Sullivan at (617) 350-6800 and notify the sender by electronic mail. Please expunge this communication without making any copies. Thank you for your cooperation.

## Mark Resnick

**From:** Mark Resnick [resnicklaw@comcast.net]
**Sent:** Thursday, June 16, 2005 8:09 AM
**To:** kurt.bratten@gesmer.com
**Subject:** Depositions

Kurt,

Got your notices. We will have to reschedule, but I should have a comprehensive schedule within a day. We will try to get you everyone on your list if we can. I am waiting for several people to return my calls.

Mark

## Mark Resnick

**From:** Mark Resnick [resnicklaw@comcast.net]
**Sent:** Tuesday, June 21, 2005 2:17 PM
**To:** kurt.bratten@gesmer.com
**Subject:** confirming Ted williams
**Importance:** High

Kurt,

tomorrow 10 a.m. at our offices in sudbury

call me if this presents a problem

Mark

## Mark Resnick

**From:** Mark Resnick [resnicklaw@comcast.net]
**Sent:** Thursday, June 23, 2005 8:57 PM
**To:** kurt.bratten@gesmer.com
**Subject:** Got your voice mail

Kurt,

I got your message. Unfortunately I got tied up on another matter and could not call you today. If you are available tomorrow, please let me know. If not, was can discuss deposition schedules on Monday.

Mark