# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
*www.feelaw.com*

MARK S. RESNICK (*mresnick@feelaw.com*)

June 27, 2005

BY FAX

Kurt Bratten, Esq.
Gesmer Updegrove, LLP
40 Broad Street
Boston, MA
02109

Re: *M2 Consulting, Inc. v. MRO Software, Inc.*, United States District Court, District of Massachusetts, Civil Action No. 03-12589-GAO

Dear Kurt,

I am in receipt of your letter dated June 23, 2005. I am available for a discovery conference regarding the issues mentioned in your letter, as well as the issues contained in your letter of June 2nd, on June 29th at noon. Please let me know if that date and time is acceptable.

M2 can make its deposition witnesses available as follows in Boston: Steve Platt – July 12th; Thayer Stewart – July 15th; Jeff Foley – July 18th; Rick Bevington – July 26th. It can make the following witnesses available in Atlanta: Dave Bigler – August 2; Tom Shulte – August 3. We are still awaiting word on Tony Prelec and hope to have his availability confirmed shortly.

Please advise as to when Ted Williams is available to finish his deposition, which we will agree to limit to 2.5 hours. Please advise as to when Ray Miciek is available to be deposed. July 29th would be best.

Very truly yours,

Mark S. Resnick

MSR:mas