UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M² CONSULTING, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 03-12589-GAO ) |
| MRO SOFTWARE, INC., | ) ) ) |
| Defendant. | ) ) |

**PRELIMINARY INJUNCTION**

IT IS HEREBY ORDERED and DECREED as follows:

(1) MRO is preliminarily restrained and enjoined from using any information obtained from M2 in discovery to access any M2 computer system, Internet site, database, information technology system, or any other technical aspect of M2's operations where a user name and/or password is required for access;

(2) MRO is preliminarily restrained and enjoined from using any information obtained from M2 in discovery to access any computer system operated by any M2 customer, any Internet site operated by any M2 customer, database operated by any M2 customer, or information technology system operated by any M2 customer, or any other technical aspect of the business operations of any M2 customer, where a user name and/or password is required for access;

(3) MRO is preliminarily restrained and enjoined from revealing or disclosing, any passwords or usernames obtained from M2 in connection with this action to any person or entity, and all documents containing any such information regardless of how stored or maintained shall be either returned to M2 or destroyed, at M2's option, upon the conclusion of this action;

(4) MRO shall not use any information obtained from M2's Internet web site on February 24 and 25, 2005, other than in connection with this action;

(5) An officer of MRO shall certify in writing to M2, no later than June 5, 2005, that no M2 customer data has been altered, corrupted, or distributed by MRO; and

(6) This Preliminary Injunction shall remain in effect until such time as modified by this Court, or another Court of competent jurisdiction, or upon a mutual written agreement between the above-named Parties, signed by an authorized representative of each party.

_____
U.S.D.J.

Dated: 9/7/05