FILED
IN CLERKS OFFICE

2005 OCT 20  P 1:33

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M$^2$ CONSULTING, INC., )
)
)
Plaintiff, )
v. )Civil Action No. 03-12589-GAO
)
MRO SOFTWARE, INC., )
)
Defendant. )

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties submit this Joint Motion to Modify the Scheduling Order in this matter as follows:

- Change the existing October 31, 2005 deadline for the completion of fact discovery, to November 31, 2005;
- Move the deadline for M2's expert report to December 30, 2005;
- Modify the deadline for MRO's expert report to January 31, 2006; and
- Change the deadline for the completion of all expert witness depositions to February 28, 2006.

As grounds for this motion, the parties state as follows:

1. Fact discovery in this matter is scheduled to conclude on October 31, 2005.

2. To date, the parties have taken several depositions in this case and are currently attempting to resolve a number of discovery disputes.

3. The parties are also discussing the possibility of engaging in mediation.

4. Accordingly, the Court should extend the deadline for the conclusion of fact discovery and modify the other Scheduling Order deadlines as necessary.

MRO Software, Inc.
By its Attorneys
Gesmer Updegrove LLP

By: /s/ Kurt Bratten
Kurt Bratten, Esq. (BB)# 644730
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
(617) 350-6800

M2 Consulting, Inc.
By its Attorneys
Fee, Rosse & Lanz, P.C.

By: /s/ Mark S. Resnick
Mark S. Resnick, Esq. (BBO# 559885)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
(978) 440-7000

October 20, 2005