# MRO Software Activity Report



Month: Nov-02

| | Total # of Users | 213 |
|---|---|---|
| Fees MNTH | | $39,262.50 |
| Fees YTD | | $357,356.53 |
| MRO MNTH | | $5,785.50 |
| MRO YTD | | $50,844.7? |

| Company Name | Users | Monthly Fee | MRO Salesperson | MRO Commission | Seats Status | Old Program | New Program |
|---|---|---|---|---|---|---|---|
| NOCC | 4 | $800.00 | | $0.00 | E | X | |
| JR Simplot | 19 | $3,950.00 | | $790.00 | R | X | |
| Reckson Associates | 12 | $900.00 | | $180.00 | R | X | |
| Affiliated Building Services, Inc. | 45 | $8,550.00 | | $1,710.00 | R | X | |
| MacFarlan Real Estate | 17 | $2,585.00 | | $517.00 | R | X | |
| BNM Properties | 4 | $1,000.00 | | $200.00 | R | X | |
| AT&T | 19 | $3,625.00 | | $0.00 | E | X | |
| Washington Group | 22 | $2,900.00 | | $0.00 | E | X | |
| Clopay | 10 | $2,300.00 | | $460.00 | R | X | |
| CB Richard Ellis - PNC Park | 5 | $500.00 | | $100.00 | R | X | |
| NSTAR | 6 | $2,040.00 | | $408.00 | R | X | |
| Battelle | 21 | $3,837.50 | | $767.50 | R | X | |
| SSI | 2 | $500.00 | | $100.00 | R | X | |
| Select Energy - NE Generation Svcs. (Tobyhanna) | 3 | $650.00 | | $130.00 | R | X | |
| Delta Air Lines | 14 | $3,010.00 | | $0.00 | E | X | |
| JCI - Pearson Int'l Airport | 2 | $455.00 | | $91.00 | R | X | |
| CB Richard Ellis - Madison | 0 | $0.00 | | $0.00 | R | X | |
| CB Richard Ellis - Federal Express | 0 | $0.00 | | $0.00 | R | X | |
| The Gale Company | 0 | $0.00 | | $0.00 | R | X | |
| Towers at Spring Creek | 0 | $0.00 | | $0.00 | R | X | |
| Affiliated Building Services, Inc. (Critiacal Systems) | 4 | $660.00 | | $132.00 | R | X | |
| Excel Services | 4 | $1,000.00 | | $200.00 | R | X | |
| Sub-Total (Month) | 213 | $39,262.50 | | $5,785.50 | | | |
| User Terminations (Month) | 0 | $0.00 | | $0 | | | |
| Total-Users (Cumulative) | 213 | $39,262.50 | | $5,785.50 | | | |

Key: E=Existing License now Hosted by M2 (Non-Commissionable)
R=Rented Seats directly from M2 (Commissionable)

# MRO Software Activity Report

Month: Dec-02

| Total # of Users | 214 |
|---|---|
| Fees MNTH | $39,798.87 |
| Fees YTD | $397,155.40 |
| MRO MNTH | $5,808.00 |
| MRO YTD | $56,652.71 |

| Company Name | Users | Monthly Fee | MRO Salesperson | MRO Commission | Seats Status | Old Program | New Program |
|---|---|---|---|---|---|---|---|
| NOCC | 4 | $800.00 | | $0.00 | E | X | |
| JR Simplot | 19 | $3,950.00 | | $790.00 | R | X | |
| Reckson Associates | 12 | $900.00 | | $180.00 | R | X | |
| Affiliated Building Services, Inc. | 45 | $8,550.00 | | $1,710.00 | R | X | |
| MacFarlan Real Estate | 17 | $2,585.00 | | $517.00 | R | X | |
| RNM Properties | 4 | $1,000.00 | | $200.00 | R | X | |
| AT&T | 19 | $3,625.00 | | $0.00 | E | X | |
| Washington Group | 23 | $3,323.87 | | $0.00 | E | X | |
| Clopay | 10 | $2,300.00 | | $460.00 | R | X | |
| CB Richard Ellis - PNC Park | 5 | $500.00 | | $100.00 | R | X | |
| NSTAR | 6 | $2,040.00 | | $408.00 | R | X | |
| Battelle | 21 | $4,025.00 | | $805.00 | R | X | |
| SSI | 2 | $500.00 | | $100.00 | R | X | |
| Select Energy - NE Generation Svcs. (Tobyhanna) | 3 | $575.00 | | $115.00 | R | X | |
| Delta Air Lines | 14 | $3,010.00 | | $0.00 | E | X | |
| JCI - Pearson Int'l Airport | 2 | $455.00 | | $91.00 | R | X | |
| CB Richard Ellis - Madison | 0 | $0.00 | | $0.00 | R | X | |
| CB Richard Ellis - Federal Express | 0 | $0.00 | | $0.00 | R | X | |
| The Gale Company | 0 | $0.00 | | $0.00 | R | X | |
| Towers at Spring Creek | 4 | $660.00 | | $132.00 | R | X | |
| Affiliated Building Services, Inc. (Critiacal Systems) | 4 | $1,000.00 | | $200.00 | R | X | |
| Excel Services | | | | | | | |
| Sub-Total (Month) | 214 | $39,798.87 | | $5,808.00 | | | |
| User Terminations (Month) | 0 | $0.00 | | $0 | | | |
| Total-Users (Cumulative) | 214 | $39,798.87 | | $5,808.00 | | | |

Key: E=Existing License now Hosted by M2 (Non-Commissionable)
R=Rented Seats directly from M2 (Commissionable)

# MRO Software Activity Report



**Month: Oct-03**

| | Fees MNTH | $48,515.00 |
|---|---|---|
| Total # of Users 273 | Fees YTD | $456,472.25 |
| | MRO MNTH | $8,059.00 |
| | MRO YTD | $70,039.25 |

| Company Name | Users | Monthly Fee | MRO Salesperson | MRO Commission | Seats Status | Old Program | New Program |
|---|---|---|---|---|---|---|---|
| NOCC | 8 | $1,300.00 | | $0.00 | E | X | |
| JR Simplot | 12 | $1,800.00 | | $360.00 | R | X | |
| CB Richard Ellis - PNC Park | 5 | $500.00 | | $100.00 | R | X | |
| CB Richard Ellis - Suburban | 2 | $600.00 | | $120.00 | R | X | |
| Reckson Associates | 12 | $900.00 | | $180.00 | R | X | |
| Affiliated Building Services, Inc. | 45 | $8,250.00 | | $1,650.00 | R | X | |
| Affiliated Building Services, Inc. (Critiacal Systems) | 5 | $770.00 | | $154.00 | R | X | |
| MacFarlan Real Estate | 15 | $2,155.00 | | $431.00 | R | X | |
| RNM Properties | 4 | $1,000.00 | | $200.00 | R | X | |
| AT&T | 12 | $2,300.00 | | $0.00 | E | X | |
| Washington Group | 24 | $3,110.00 | | $0.00 | E | X | |
| NSTAR | 6 | $2,040.00 | | $408.00 | R | X | |
| Clopay | 10 | $2,300.00 | | $460.00 | R | X | |
| Battelle | 58 | $9,700.00 | | $1,940.00 | R | X | |
| SSI | 2 | $500.00 | | $100.00 | R | X | |
| Select Energy - NE Generation Svcs. (Tobyhanna) | 3 | $575.00 | | $115.00 | R | X | |
| Delta Air Lines | 14 | $3,010.00 | | $0.00 | E | X | |
| JCI - Pearson Int'l Airport | 2 | $455.00 | | $91.00 | R | X | |
| Excel Services | 7 | $1,750.00 | | $350.00 | R | X | |
| CSI International, Inc. (SAP) | 3 | $575.00 | | $115.00 | R | X | |
| Towers at Spring Creek | 10 | $2,250.00 | | $450.00 | R | X | |
| Pepco Energy Services - WCC | 3 | $550.00 | | $110.00 | R | X | |
| Pepco Energy Services - NIH Cogen Plant | 4 | $800.00 | | $160.00 | R | X | |
| New Flyer Industries | 1 | $325.00 | | $65.00 | R | X | |
| GlobeGround North America | 6 | $1,000.00 | | $500.00 | R | | X |
| CB Richard Ellis - Madison | 0 | $0.00 | | $0.00 | R | X | |
| CB Richard Ellis - Federal Express | 0 | $0.00 | | $0.00 | R | X | |
| The Gale Company | 0 | $0.00 | | $0.00 | R | X | |
| Sub-Total (Month) | 273 | $48,515.00 | | $8,059.00 | | | |
| User Terminations (Month) | 0 | | | $0 | | | |
| Total-Users (Cumulative) | 273 | $48,515.00 | | $8,059.00 | | | |

Key: E=Existing License  now Hosted by M2 (Non-Commissionable)
R=Rented Seats directly from M2 (Commissionable)