Ray Miciek/MRO

11/04/2003 03:57 PM

To
"Rick Bevington" <Rick.Bevington@m2consulting.com>

cc
Iris.Martin@m2consulting.com, Bob Parker/MRO@MRO

Subject
Maximo Invoice(Document link: Ray Miciek)

Rick,

Attached is the invoice for the maximo rental fees due to MRO from M2consulting dating back to 2001. Note that we constructed the invoice based on information that you provided and it may not represent everything that is owed. The invoice is self explanatory and provides further commentary.

Best regards,

Ray

(See attached file: Statement.doc)(See attached file: M2 Report 2002.pdf)
  (See attached file: M2 Report 2003 thru Aug.pdf)(See attached file: M2 Report 2001 Thru July.pdf)

- Statement.doc

- M2 Report 2002.pdf

- M2 Report 2003 thru Aug.pdf

- M2 Report 2001 Thru July.pdf

# MRO Software, Inc.

**STATEMENT**

P.O. Box 50-555
Woburn, MA 01815-0555
Tel # 781-280-2000

**Bill To:**
M2 CONSULTING, INC.
ATTN: T.R. BEVINGTON, PRESIDENT
57-B JEFFERSON PARKWAY
NEWNAN, GA   30263

**Ship To:**
M2 CONSULTING, INC.
ATTN: T.R. BEVINGTON, PRESIDENT
57-B JEFFERSON PARKWAY
NEWNAN, GA   30263

| SALESPERSON | P.O. NUMBER | STATEMENT DATE | TAX EXEMPT NUMBER | TERMS | PAGE |
|---|---|---|---|---|---|
| Miciek | AGRMT. DTD 11/4/02 | 10/30/03 | | DUE UPON RECEIPT | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.00 | 2001 COMMISSIONS DUE THROUGH JULY PER REPORT ATT. | $ 4,865.00 | $ 4,865.00 |
| 5.00 | 2001 COMMISSIONS FOR BALANCE OF 2001 (EST. @ $1,650/MO) | 1,650.00 | 8,250.00 |
| 1.00 | 2002 COMMISSIONS DUE PER REPORT ATT. | 56,652.71 | 56,652.71 |
| | LESS PYMT REC'D FOR NOV. O2 COMMISSIONS (CK #6490) | (5,785.50) | (5,785.50) |
| 1.00 | 2003 COMMISSIONS DUE (JAN. THRU AUG.) | 53,951.25 | 53,951.25 |
| 1.00 | 2003 COMMISSIONS FOR SEP (EST. @ $7,603/MO) | 7,603.00 | 7,603.00 |

The amounts reflected on this Statement are based on information provided by M2, which may be inaccurate or incomplete. The foregoing amounts are the minimum owed by M2 as of the date hereof, and MRO Software reserves all rights to bill and collect such additional amounts as may be owed by M2 pusuant to the terms and conditions of the agreements between the parties, or as provided by applicable law, including without limitation additional fees, taxes, interest and costs of collection. This Statement is due and payable immediately upon receipt. Pursuant to the contract, fees are owed within 30 days from receipt by M2 from its customers; invoicing is not required.

| | |
|---|---|
| SUBTOTAL | $125,536.46 |
| LESS: DISCOUNTS | |
| SALES TAX | |
| **TOTAL DUE IN USD** | **$125,536.46** |

Make all checks payable to: MRO Software, Inc.
**If you have any questions concerning this Statement, call your salesperson at: 781-280-2418**

**THANK YOU FOR YOUR BUSINESS!**

# MRO Software Activity Report

**Month: Dec-02**

| Total # of Users | 214 | Fees MNTH | $39,798.87 |
|---|---|---|---|
| | | Fees YTD | $397,155.40 |
| | | MRO MNTH | $5,808.00 |
| | | MRO YTD | $56,652.71 |

| Company Name | Users | Monthly Fee | MRO Salesperson | MRO Commission | Seats Status | Old Program | New Program |
|---|---|---|---|---|---|---|---|
| NOCC | 4 | $800.00 | | $0.00 | E | X | |
| JR Simplot | 19 | $3,950.00 | | $790.00 | R | X | |
| Reckson Associates | 12 | $900.00 | | $180.00 | R | X | |
| Affiliated Building Services, Inc. | 45 | $8,550.00 | | $1,710.00 | R | X | |
| MacFarlan Real Estate | 17 | $2,585.00 | | $517.00 | R | X | |
| RNM Properties | 4 | $1,000.00 | | $200.00 | R | X | |
| AT&T | 19 | $3,625.00 | | $0.00 | E | X | |
| Washington Group | 23 | $3,323.87 | | $0.00 | E | X | |
| Clopay | 10 | $2,300.00 | | $460.00 | R | X | |
| CB Richard Ellis - PNC Park | 5 | $500.00 | | $100.00 | R | X | |
| NSTAR | 6 | $2,040.00 | | $408.00 | R | X | |
| Battelle | 21 | $4,025.00 | | $805.00 | R | X | |
| SSI | 2 | $500.00 | | $100.00 | R | X | |
| Select Energy - NE Generation Svcs. (Tobyhanna) | 3 | $575.00 | | $115.00 | R | X | |
| Delta Air Lines | 14 | $3,010.00 | | $0.00 | E | X | |
| JCI - Pearson Int'l Airport | 2 | $455.00 | | $91.00 | R | X | |
| CB Richard Ellis - Madison | 0 | $0.00 | | $0.00 | R | X | |
| CB Richard Ellis - Federal Express | 0 | $0.00 | | $0.00 | R | X | |
| The Gale Company | 0 | $0.00 | | $0.00 | R | X | |
| Towers at Spring Creek | 0 | $0.00 | | $0.00 | R | X | |
| Affiliated Building Services, Inc. (Critiacal Systems) | 4 | $660.00 | | $132.00 | R | X | |
| Excel Services | 4 | $1,000.00 | | $200.00 | R | | X |
| Sub-Total (Month) | 214 | $39,798.87 | | $5,808.00 | | | |
| User Terminations (Month) | 0 | $0.00 | | $0 | | | |
| Total Users (Cumulative) | 214 | $39,798.87 | | $5,808.00 | | | |

Key:  E = Existing License now Hosted by M2 (Non-Commissionable)
R = Rented Seats directly from M2 (Commissionable)