

**GESMER UPDEGROVE LLP**

*Attorneys at Law*

Lee T. Gesmer
lee.gesmer@gesmer.com

November 18, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Michael Fee, Esq.
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776

      Re:    **M2 Consulting, Inc. v. MRO Software, Inc.,**
              **C. A. No. 03-12589-GAO**

Dear Michael:

      I am writing to follow-up on Craig Newfield's letter to you and to Mr. Bevington of M2 Consulting, Inc., dated October 26, 2005.

      As stated in that letter, the two year period under which M2 was permitted to continue to use MAXIMO to support existing customers following termination of the MAXIMO Hosting Affiliate Agreement dated November 4, 2002 (the "Agreement") expires on November 23, 2005.

      Please provide me with written assurances, no later than the close of business on November 23, 2005, that M2 will comply with its contractual obligations, as described in that letter.

      If M2 fails to provide adequate assurances, MRO will take all necessary steps to enforce its rights under the Agreement. MRO reserves all rights and remedies available to it under the Agreement, or under any other laws of the United States, including but not limited to rights under the United States Copyright laws.

                 Very truly yours,

                 Lee T. Gesmer

LTG:aee

cc:    Craig Newfield, Esq.

GESMER UPDEGROVE LLP   Fax:617-350-6878

## ** Transmit Conf.Report **

P.1                                                                 Nov 18 2005   9:49

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|------------------|------|-------|------|------|--------|------|
| 19784407650 | FINE | 18, 9:49 | 0'47" | 2 | * O K | |

# GESMER UPDEGROVE LLP

### ATTORNEYS AT LAW

40 BROAD STREET
BOSTON, MA 02109
PHONE: (617) 350-6800
FAX: (617) 350-6878
WWW.GESMER.COM

## FAX COVER SHEET

### ORIGINAL WILL BE SENT BY MAIL

**TO:**

**Michael C. Fee Esq.**
*Fee, Rosse & Lanz, P.C.*

**Fax: (978) 440-7650**
Phone: (978) 440-7000

**DATE:**   11/18/2005 9:42:21 AM

**PAGES:**   2 (including cover)

**FROM:**   Lee T. Gesmer
lee.gesmer@gesmer.com

**M2 Consulting, Inc. v. MRO Software, Inc.,**

**RE:**

**C. A. No. 03-12589-GAO**

**Comments:**