

**Ted Williams**
02/15/2000 07:08 PM

To: Rick Bevington <Rick.Bevington@M2Consulting.com>
cc: Milton Bevington/PSDI@PSDI, Chip Drapeau/PSDI@PSDI, Jeff Foley <Jeff.Foley@M2Consulting.com>, Paul Cisternelli/PSDI@PSDI
Subject: Re: Software Hosting Areement

Rick....you'll have our comments back by Friday. In principle it is ok.....I've marked up some changes. However, I should reset your expectations in areas like restrictions on other 3rd parties......we'll generally never restrict anything that will mean expanded business. And we will develop our own ASP initiative aggressively....just so you know.

Ted
Rick Bevington <Rick.Bevington@M2Consulting.com> on 02/13/2000 03:25:43 PM



Rick Bevington <Rick.Bevington@M2Consulting.com> on 02/13/2000 03:25:43 PM

To: Ted Williams/PSDI@PSDI
cc: Milton Bevington/PSDI@PSDI, Chip Drapeau/PSDI@PSDI, Jeff Foley <Jeff.Foley@M2Consulting.com>
Subject: Software Hosting Areement

---

Hi Ted, I'm sure you have been very busy, I was out last week and couldn't e-mail. We would like to get whatever arrangement PSDI is comfortable with in place quickly. As you know any planning and additional investment we make towards realizing the Hosting opportunity depends on an arrangement with the software vendor (you).
If it would help I can be in Boston Friday 2/18 to finalize something.
I'll be at the NASA Facilities Workshop until Thursday in Maryland. Let me know if you can send something ahead, and if the Boston meeting suits your schedule and would be productive to this end.
Thanks
Rick



EXHIBIT 6

MRO 02628
CONFIDENTIAL