1

```
                    Volume:  1
                    Pages:   1 to 102
                    Exhibits: None
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. No. 03-12589-GAO

```
M2 CONSULTING, INC.,           )
            Plaintiff          )
                               )
                               )
    vs.                        )
                               )
                               )
MRO SOFTWARE, INC.,            )
            Defendant          )
```

**DEPOSITION of NORMAN DRAPEAU**, a witness called on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Judith R. Sidel, Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at the Office of Fee, Rosse & Lanz, P.C., 321 Boston Post Road, Sudbury, Massachusetts 01776, on Wednesday, December 7, 2005, commencing at 10:15 a.m.

\* \* \* \*

SHEA COURT REPORTING SERVICES
ONE UNION STREET, SECOND FLOOR
BOSTON, MASSACHUSETTS 02108-2408

```
 1        hosting of MAXIMO?
 2   A.   Yes.
 3   Q.   Can you tell me when you first considered
 4        that?
 5   A.   No, I don't recall.
 6   Q.   Do you recall the year?
 7   A.   No.
 8   Q.   Just so I am clear, do you have any
 9        recollection as to whether you first
10        considered that in 1999 or 2003?
11   A.   It would have been much before 1999.
12   Q.   What caused you to consider hosting as
13        a strategic issue prior to 1999?
14   A.   It was a relatively pronounced, predicted
15        trend in the computing industry.
16   Q.   And what type of consideration did you
17        give to it at that point?
18   A.   Well, I think, you know, any software
19        company would look at that trend and say,
20        you know, is it a threat to our business,
21        or is it a way for us to grow our
22        business?  So we examined the potential
23        outcomes, obviously more focused on what
24        we thought the market conditions might be
```

```
 1        understand that that was Mr. Bevington's
 2        view?
 3   A.   It was a discussion with him.  I don't
 4        recall where.
 5   Q.   And do you recall what he said to you
 6        about that issue in that discussion?
 7   A.   I believe that he was expressing, you
 8        know, the desire for us to support what
 9        Ray wanted.  And that he felt that he
10        was not getting the attention that it
11        required throughout the organization.
12   Q.   And what's your memory of what Ray
13        wanted?
14   A.   My understanding of what Ray wanted was
15        when a customer said or an RFP came in
16        and said, Do you provide hosting, he
17        wanted to be able to answer that, Yes,
18        and have a legitimate offering.  Answer
19        that truthfully, and be able to deliver
20        that if the customer wanted that.
21   Q.   Was it your understanding that through
22        this relationship with M2, Ray was able
23        to check off that box, and say he offered
24        a viable MAXIMO hosting alternative?
```

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And did Mr. Bevington indicate that Ray Miciek had said or done anything to lead him to believe that there would be a more active type of sales support for M2's hosting of MAXIMO in this discussion that we're talking about? |
| 8 | A. | No. |
| 9 | Q. | Did he say anything to you about where his expectation for more aggressive sales support from MRO came from? |
| 12 | A. | No, not that I recall. I mean, he spoke in generalities. We've got to get this thing going. We got to get it roled out. Wouldn't you agree that we got to put some momentum behind this? There wasn't any I want X, Y or Z to me. |
| 18 | Q. | And when he was speaking to you in these generalities, did you have any understanding as to what, specifically, he was talking about? |
| 22 | A. | In general, I surmised that he wanted much more aggressive attention from our sales force, yes. |

| | | |
|---|---|---|
| 1 | Q. | What did you say back during this |
| 2 | | conversation when he was -- |
| 3 | A. | That's what I said. You've got it |
| 4 | | backwards. If you view us to be -- |
| 5 | | if you view our channel to be your |
| 6 | | competitive advantage, then you've got |
| 7 | | it backwards, because we're handing you |
| 8 | | a lead. By definition you become the |
| 9 | | channel when you get the lead, and the |
| 10 | | reason we're handing you the lead is, |
| 11 | | because we can't cost effectively pursue |
| 12 | | that any further for the amount of money |
| 13 | | that we would get for it, but we would |
| 14 | | rather it go to you than the bad guys. |
| 15 | Q. | Datastream? |
| 16 | A. | Datastream was one of many low-end |
| 17 | | competitors that a customer could have |
| 18 | | acquired a low-end product. |
| 19 | Q. | Was Indus also one of those? |
| 20 | A. | No. |
| 21 | Q. | Were they higher end? |
| 22 | A. | They were more focused on the electric |
| 23 | | utility space, yes. |
| 24 | Q. | When you said this to Mr. Bevington in |