

**"Rick Bevington"**
<Rick.Bevington@m2consulting.com>

07/11/2002 02:50 PM

To: <Nancy.Gilroy@mro.com>
cc: <Ray.Miciek@mro.com>
bcc:
Subject: RE: Agreement-Attachment "A"

Hi Nancy, thank you. I will review and get back to you within 3 days. We may be missing each other on the sales quota issue. MRO IS the sales channel, M2 is the fullfillment channel. We don't do the selling, you do, therefore the reason for the quota. For us to have a quota in an area where we have no control seems unwise, particularly if it leads to "..immediate termination..." of the agreement.

Maybe Ray or Bob or Ted can help us out with this.

Thanks again
Rick

-----Original Message-----
From: Nancy.Gilroy@mro.com [mailto:Nancy.Gilroy@mro.com]
Sent: Thursday, July 11, 2002 1:40 PM
To: Rick Bevington
Cc: Ray.Miciek@mro.com
Subject: Re: Agreement-Attachment "A"


Rick,

I've accepted the proposed changes with the exception of those still red-lined. It does not make sense that MRO has a sales quota for M2; therefore, I put the original lanuage back in.

The only other non-accepted terms are the Beta language and the termination
length changing from 24 to 36 months. Other than that, we're good to go.
(See attached file: M2 Exhibit A_7-11.doc)(See attached file: M2 MAXIMO Hosting Affiliate Agreement_4_Rev 7-11.doc)

_____
Nancy Gilroy
VP, Contracts, Order Admin. & Dist.
MRO Software, Inc.
100 Crosby Drive
Bedford, MA  01730
781.280.6874 phone
781.280.2210 fax

EXHIBIT 26
mro
[illegible] 7/26/05

"Rick Bevington"

<Rick.Bevington@m2cons                To:
<Nancy.Gilroy@mro.com>
                ulting.com>            cc:

MRO 00173
CONFIDENTIAL

<Ray.Miciek@mro.com>

Subject: Agreement-Attachment "A"

07/10/2002 10:30 AM

Hi Nancy, I missed a change ( actual a unaccepted proposed change by M2) when I sent this back before. Sorry.

Our position on the "Quota" is that MRO is the Sales Channel and M2 is the fullfillment channel and as such MRO, should have the quota.

Makes sense to me?
Have you had a chance to take a look see at the returned doc? I know it was quarter end in June so I didn't want to bother you.
Take Care
Rick


<<M2 Exhibit A.doc>>

The contents of this email transmission are confidential and proprietary and are intended for the sole use of the intended recipient. If this transmission has been directed to the wrong office, destroy the contents immediately and notify the sender.

(See attached file: M2 Exhibit A.doc)

MRO 00174
CONFIDENTIAL