Volume: 1
Pages: 1 to 209
Exhibits: 60 to 73

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. No. 03-12589-GAO

M2 CONSULTING, INC.,      )
       Plaintiff       )
                          )
                          )
vs.                       )
                          )
                          )
MRO SOFTWARE, INC.,       )
       Defendant       )

**DEPOSITION of ROBERT K. PARKER**, a witness called on behalf of the Plaintiff, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Judith R. Sidel, Professional Court Reporter and Notary Public, in and for the Commonwealth of Massachusetts, at the Office of Gesmer Updegrove, LLP, 40 Broad Street, Boston, Massachusetts 02109, on Thursday, November 17, 2005, commencing at 10:00 a.m.

\* \* \* \*

SHEA COURT REPORTING SERVICES
ONE UNION STREET, SECOND FLOOR
BOSTON, MASSACHUSETTS 02108-2408

SHEA COURT REPORTING SERVICES (617) 227-3097

```
 1  Q.  Zero or something more than zero?
 2  A.  Ray told me it was something more than
 3      zero, but I never saw it on my revenue
 4      sheets.
 5  Q.  During the same period was MRO's staff
 6      generating any hosting leads that were
 7      being directed to M2, to your knowledge?
 8  A.  I believe some.
 9  Q.  What's the source of your belief that
10      some leads were being generated?
11  A.  Ray told me that they were.
12  Q.  Are you familiar with the term rolling
13      something out to the sales force?
14  A.  Sure.
15  Q.  What is your understanding of what a
16      roll out to the sales force means?
17  A.  Again, it would depend on -- it's a very
18      generic term, and can mean many different
19      things to many different people; so you
20      would have to put it within a specific
21      context.
22  Q.  Typically if you were to, in a sales
23      meeting, say to your regional managers,
24      We're going to roll this out to North
```

|    |    |                                                          |
|----|----|----------------------------------------------------------|
| 1  |    | American sales, what would that entail                   |
| 2  |    | in your understanding of how you would                   |
| 3  |    | use that term?                                           |
| 4  | A. | Again, it would depend on what we were                   |
| 5  |    | rolling out, because the term roll out is                |
| 6  |    | just a general term. If we were rolling                  |
| 7  |    | out an alliance partner, it could just                   |
| 8  |    | mean the e-mail. If we were rolling                      |
| 9  |    | out a product from MRO, it would mean                    |
| 10 |    | launching a whole series of things,                      |
| 11 |    | website, product materials, literature,                  |
| 12 |    | training, and so forth and so on. It                     |
| 13 |    | would depend on the context of which                     |
| 14 |    | the word roll out was associated.                        |
| 15 | Q. | Now, is it your understanding that, prior                |
| 16 |    | to November of 2002, the relationship                    |
| 17 |    | between MRO and M2 required both MRO                     |
| 18 |    | and M2 to make a sales effort to generate                |
| 19 |    | hosting leads for MAXIMO?                                |
| 20 |    | MR. BRATTEN: Objection. I'm                              |
| 21 |    | sorry, you can answer.                                   |
| 22 | A. | That the agreement required -- that's                    |
| 23 |    | what you said.                                           |
| 24 | Q. | Let me clarify it. Is it your                            |

```
 1   A.   Both.
 2   Q.   What specifically did he say to you about
 3        what he thought -- what he would like to
 4        see MRO do?
 5   A.   Well, he wanted a more aggressive
 6        notification to the sales force of his
 7        program.
 8   Q.   Did you and he ever discuss exactly what
 9        that would entail?
10   A.   No.  That would have been Ray's role.  I
11        would have said, Work it out with Ray.
12        He's your contact.
13   Q.   Did he ever say to you, You guys
14        committed to do X, Y and Z if we sign the
15        2002 agreement?
16   A.   No, I doubt it, because I would have been
17        very aggressive back to just, Why would
18        we be doing that for this amount of
19        revenue?
20   Q.   I want to go back to the face-to-face
21        meeting between you and Mr. Bevington on
22        Long Island.  Do you remember what year
23        that was?
24   A.   My guess would be, based on just trying
```

```
 1        just Bob, Rick and I standing in the
 2        parking lot, and Rick staring him in the
 3        eye and saying, 'Bob, is this a done
 4        deal?' And him looking back and
 5        saying, 'Rick, this is done. This is a
 6        done deal. We are completely committed
 7        to this.' Rick saying, 'Bob, is this
 8        just a mid-market or is it the large
 9        market? He said, 'No, it's everything.'"
10        Do you remember having that conversation
11        with Mr. Bevington in the parking lot at
12        Portsmouth, Rhode Island?
13   A.   No. That was in the Rhode Island trip.
14        I don't even remember -- I remember
15        Thayer being at the one in Chinacock, but
16        I don't remember him playing there. I
17        really thought it was somebody else.
18   Q.   Just so we're clear now, you have no
19        specific memory of that conversation?
20   A.   No.
21   Q.   And what I just read to you doesn't
22        refresh your memory?
23   A.   No, it doesn't.
24   Q.   I may have asked you this before.
```

```
 1         If so, I apologize, but as far as you
 2         remember -- strike that.  Do you remember
 3         Mr. Bevington ever being told that the
 4         execution of the 2002 agreement was
 5         the only thing that stood in the way
 6         of a more elaborate roll out of M2's
 7         capability to North American sales?
 8    A.   No.
 9    Q.   Moving on to the face-to-face meeting
10         with Mr. Bevington in Florida.
11    A.   Uh-huh.
12    Q.   Was that after the Rhode Island meeting?
13    A.   I believe so.
14    Q.   And what was the purpose of that meeting?
15    A.   It was another golf outing.  It was a way
16         he managed to get me to meet with him,
17         because, otherwise, it was always through
18         Ray.
19    Q.   And was it in 2003 or 2002?
20    A.   I don't remember.
21    Q.   Do you remember what was of substance was
22         discussed during that meeting?
23    A.   Again, my recollection of all my meetings
24         with Rick were generally around his
```