1

COPY

VOL. I
Pp. 1 - 134
Exhibits 1 - 10

UNITED STATS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 03-12589-GAO

* * * * * * * * * * * * * * * * * *

M2 CONSULTING, INC.,

    Plaintiff

VS.

MRO SOFTWARE, INC.,

    Defendant

* * * * * * * * * * * * * * * * * *

    Deposition of TED WILLIAMS, a witness called by counsel for the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Lorreen Hollingsworth, CSR/RPR, CSR NO. 114793, and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Fee, Rosse & Lanz, P.C., 321 Boston Post Road, Sudbury, Massachusetts, on Wednesday, June 22, 2005, at 10:05 a.m.

SHEA COURT REPORTING SERVICES
(617) 227-3097

| | | |
|---|---|---|
| 1 | A | Not that I know of. |
| 2 | Q | What was discussed with Mr. Bevington on |
| 3 | | the golf course of Carnegie Abbey?  Do you |
| 4 | | have a recollection? |
| 5 | A | I have a recollection. |
| 6 | Q | And what do you recall was the substance of |
| 7 | | that discussion specifically? |
| 8 | A | As a practical matter, most of the day was |
| 9 | | spent playing golf.  So there was very |
| 10 | | little discussion.  On occasion, we did |
| 11 | | have time at the end to sit and talk. |
| 12 | | And I remember, there was a |
| 13 | | board member there, and they generally |
| 14 | | wanted to get a sense for our view of the |
| 15 | | market and how the companies would work |
| 16 | | together. |
| 17 | Q | Do you remember Mr. Bevington discussing |
| 18 | | with you -- scratch that. |
| 19 | | Do you remember that this |
| 20 | | occurred in 2002? |
| 21 | A | Yes. |
| 22 | Q | And do you remember Mr. Bevington |
| 23 | | discussing with you at this meeting MRO's |
| 24 | | request that M2 execute a new agreement |

```
 1            with MRO?
 2    A       No.
 3    Q       Do you recall Mr. Bevington asking you at
 4            this meeting that if M2 signed this new
 5            agreement, would MRO then roll out M2's
 6            capabilities to the North American sales
 7            force?
 8    A       I don't recall that.
 9    Q       Do you recall anyone from MRO telling
10            Mr. Bevington that if M2 executed the new
11            agreement, M2's capability would, in fact,
12            be rolled out to the North American sales
13            force?
14    A       I don't recall that.
15    Q       Were M2's web hosting capabilities ever
16            rolled out to MRO's North American sales
17            force?
18                    MR. GESMER:  Objection to the
19            form.
20    A       Do you mean "informed"?
21    Q       I mean "informed."
22    A       Yes, they were informed.
23    Q       When were they informed?
24    A       I don't recall.  These sales meetings we
```