UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

M2 CONSULTING, INC.

                Plaintiff,

v.                                           C.A. No. 03-12589-GAO

MRO SOFTWARE, INC.

                Defendant.

**MRO SOFTWARE, INC.'S REQUEST FOR A HEARING**

Defendant MRO Software, Inc. ("MRO") hereby submits this request for a hearing on its Motion for Preliminary Injunction ("MRO's Motion"), which was filed with the Court on December 30, 2005.

On December 30, 2005, MRO filed its Motion seeking an order enjoining M2 Consulting, Inc. ("M2") from its ongoing copyright infringement regarding MRO's MAXIMO software. On January 13, 2006, M2 filed an opposition to MRO's Motion. MRO subsequently submitted a reply brief ("Reply") in connection with its Motion, which was filed pursuant to the Court's January 28, 2006 Order allowing MRO's motion for leave to file its Reply. Although M2 has expressed its intention to file a sur-reply, M2 has not done so despite the fact that over one month has passed since MRO submitted its Reply on January 27, 2006. Based on M2's ongoing copyright infringement and the fact that MRO's Motion is ripe for resolution, a hearing should be scheduled immediately.

For the reasons set forth above, this motion should be allowed and a hearing should be scheduled as soon as practicable.

MRO SOFTWARE, INC.,

By its attorneys,


/s/ Kurt Bratten
Lee T. Gesmer (BBO No. 190260)
Kurt Bratten (BBO No. 644730)
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
Kurt.Bratten@gesmer.com
(617) 350-6800

Dated:  February 28, 2006


### Local Rule 7.1 Statement

Counsel for MRO Software, Inc. hereby certifies that, on February 28, 2006 at approximately 11:00 am, pursuant to Rule 7.1(A)(2) of the Local Federal Rules of Civil Procedure, he (1) has conferred with counsel for M2 Consulting, Inc. regarding the issues raised in attached motion, and (2) has attempted in good faith to resolve or narrow the issues presented.


/s/ Kurt Bratten
Kurt Bratten