# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MARK S. RESNICK (mresnick@feelaw.com)

November 20, 2005

BY FAX AND FIRST CLASS MAIL

Lee Gesmer, Esq.
Gesmer Updegrove, LLP
40 Broad Street
Boston, MA
02109

Re: *M2 Consulting, Inc. v. MRO Software, Inc.*, United States District Court, District of Massachusetts, Civil Action No. 03-12589-GAO

Dear Lee,

    We have reviewed the documents produced by MRO with the Attorneys Eyes Only designation. M2 requests that Rick Bevington of M2 be permitted to view the following subject documents bearing MRO Bates numbers: 01541-44; 01549-53; 02447-02450; 02451-02455; 02456-02468; 02475; 02476; 02477-02481; 02768-02771; 02772-02781; 02793-02808; 02854-02876; 02877-02891; 02892-02898; 02899; 02900-02915; 029176-02978; 02997-03002; 03459-03460; 03471-03482;03510-03511; 03566-03585; 03586-03587; 03629-03662; 03890-03913;03915-03944;03945-03949; 03955-03965; 03970; 03983-04551; 04585-04625.

    If MRO is willing to permit this review, Mr. Bevington will sign the appropriate documents to be bound by the Attorneys Eyes Only provisions of the Protective Order. His review of these materials is necessary, because only he can analyze the extent to which facts contained in these documents implicate the misappropriation of M2 trade secrets and know how, and the extend to which certain MRO conduct reflected in these documents comports with its obligations, in the context of the relationship between the parties. Please contact me as soon as possible to discuss this request. If MRO is unwilling to agree, I request a conference under the applicable procedural rules to determine of we can narrow or resolve these issues prior to filing a motion with the court.

**FEE, ROSSE & LANZ, P.C.**

Lee Gesmer, Esq.
November 8, 2005
Page 2

Very truly yours,

*Mark S. Resnick*

Mark S. Resnick

CC: Michael C. Fee, Esq.

MSR:mas