UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
M² CONSULTING, INC.,                  )
                                      )
            Plaintiff,                )
v.                                    ) Civil Action No.  03-12589-GAO
                                      )
MRO SOFTWARE, INC.,                   )
                                      )
            Defendant.                )
_____)

STIPUALTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO COMPEL

The parties in the above captioned action hereby stipulate that the deadline for

Plaintiff's Opposition to Defendant's Motion to Compel shall be extended to Monday,

March 27, 2006.


| MRO Software, Inc. | M2 Consulting, Inc. |
| --- | --- |
| By its Attorneys | By its Attorneys |
| Gesmer Updegrove LLP | Fee, Rosse & Lanz, P.C. |
| | |
| /s/ Lee Gesmer, Esq. | /s/ Michael C. Fee |
| Lee Gesmer, Esq. (BBO# 190260) | Michael C. Fee, Esq. (BBO NO. 552796) |
| Gesmer Updegrove LLP | Fee, Rosse & Lanz, P.C. |
| 40 Broad Street | 321 Boston Post Road |
| Boston, MA 02109 | Sudbury, MA  01776 |
| (617) 350-6800 | (978) 440-7000 |

March 20, 2006