UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
$M^2$ CONSULTING, INC.,                              )
                                                    )
                                Plaintiff,          )
v.                                                  )Civil Action No.  03-12589-GAO
                                                    )
MRO SOFTWARE, INC.,                                 )
                                                    )
                                Defendant.          )
_____)

STIPULATION FOR EXTENSION OF DEADLINE FOR PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO COMPEL

        The parties in the above captioned action hereby stipulate that the deadline for

Plaintiff's Opposition to Defendant's Motion to Compel shall be extended to Monday,

March 29, 2006.


MRO Software, Inc.                          M2 Consulting, Inc.
By its Attorneys                            By its Attorneys
Gesmer Updegrove LLP                        Fee, Rosse & Lanz, P.C.

/s/ Lee Gesmer, Esq.                        /s/ Michael C. Fee
Lee Gesmer, Esq. (BBO# 190260)              Michael C. Fee, Esq. (BBO# 552796)
Gesmer Updegrove LLP                        Fee, Rosse & Lanz, P.C.
 40 Broad Street                            321 Boston Post Road
 Boston, MA 02109                           Sudbury, MA  01776
 (617) 350-6800                             (978) 440-7000


March 29, 2006