# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

October 26, 2006

**VIA FAX (617-748-4105)**

Mr. Paul Lyness, Clerk to the
Honorable Justice George A. O'Toole, Jr.
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    M2 Consulting v. MRO Software, Inc.
            United States District Court, Eastern District of Massachusetts
            Case No. 03CV12589 GAO

Dear Mr. Lyness:

    Please be advised that with the consent of counsel to all parties, you may destroy all materials in the Court's file which had been previously filed under seal. Please call me if you have any questions regarding this matter.

Very truly yours,

Michael C. Fee

MCF/spl
cc:    Lee T. Gesmer, Esq.
Fee:usdc003.doc