Lee Gesmer
*lee.gesmer@gesmer.com*

September 10, 2008

United States District Court
 for the District of Massachusetts
Mr. Paul Lyness
Office of the Civil Clerk
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   *M2 Consulting, Inc. v. MRO Software, Inc.*
           U.S. District Court C.A. No. 03-12589-GAO

Dear Mr. Lyness:

    You are authorized to shred and destroy all documents filed under seal by MRO Consulting, Inc. in the above captioned case.

    Thank you.

                                              Very truly yours,

                                              Lee T. Gesmer
                                              Counsel for Defendants, MRO Software,Inc.